UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** )<br>)<br>v.                                             )<br>)<br>**JULIO DANIEL GRANDE**          )<br>) | CRIMINAL NO. 03-CR-10331-RGS |

**ASSENTED TO MOTION TO EXCLUDE TIME**

Now comes the United States, by its attorneys, Michael J. Sullivan, United States Attorney, and Cynthia W. Lie, Assistant U.S. Attorney, and hereby moves to exclude from all Speedy Trial Act calculations the period of time from November 4, 2004, the date of the Initial Status Conference, to December 20, 2004, the date of the next Status Conference, pursuant to 18 U.S.C. § 3161(h)(1)(F) and § 3161(h)(8)(A)).  The requested delay is in the interests of justice, as defense counsel requires time to review the lengthy discovery, and outweighs the best interests of the public and the defendant in a speedy trial.  The defendant, through counsel, assented to this request at the Initial Status Conference on November 4, 2004.

                Respectfully submitted,

                MICHAEL J. SULLIVAN
                United States Attorney

        By: */s/ Cynthia W. Lie*
                CYNTHIA W. LIE
                Assistant U.S. Attorney

Dated:  November 5, 2004