UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 03-CR-10331 (RGS) |
| | ) | |
| JULIO DANIEL GRANDE | ) | |

**ASSENTED TO MOTION FOR AN ORDER OF EXCLUDABLE DELAY**

The United States of America, by its attorneys, Michael J. Sullivan, United States Attorney, and Cynthia W. Lie, Assistant U.S. Attorney, and the defendant, hereby respectfully move, pursuant to 18 U.S.C. § 3161(h) and Section 5(f)(4) of the Plan for the Prompt Disposition of Criminal Cases of the United States District Court for the District of Massachusetts, in computing time within which the trial of this matter shall commence under 18 U.S.C § 3161(c)(1), for an order to exclude time from December 20, 2004 until the interim conference on March 8, 2004, in the interests of justice, which defense counsel Miriam Conrad

1

consented to in open court this day.

                                      Respectfully submitted,
MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY

By: /s/ Cynthia W. Lie
CYNTHIA W. LIE
Assistant U.S. Attorney
United States Courthouse
One Courthouse Way
Boston, MA
(617) 748-3183

Dated: December 20, 2004