UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
|  | ) |
| v. | ) CRIMINAL NO. 03-CR-10331-RGS |
|  | ) |
| **JULIO DANIEL GRANDE** | ) |
|  | ) |

## ASSENTED TO MOTION TO EXCLUDE TIME

Now comes the United States, by its attorneys, Michael J. Sullivan, United States Attorney, and Cynthia W. Lie, Assistant U.S. Attorney, and hereby moves to exclude from all Speedy Trial Act calculations the period of time from March 8, 2005, the date of the Further Status Conference, to May 5, 2005, the date of the next Status Conference, pursuant to 18 U.S.C. § 3161(h)(1)(F) and § 3161(h)(8)(A)).  The requested delay is in the interests of justice, as defense counsel requires time to review the lengthy discovery, and outweighs the best interests of the public and the defendant in a speedy trial.  The defendant, through counsel Miriam Conrad, assented to this request at the Status Conference on March 8, 2005.

                        Respectfully submitted,

                        MICHAEL J. SULLIVAN
                        United States Attorney

                 By: */s/ Cynthia W. Lie*
                        CYNTHIA W. LIE
                        Assistant U.S. Attorney

Dated: March 8, 2005