UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Case No. 03-CR-10331 (RGS) |
| ) | |
| JULIO DANIEL GRANDE ) | |

**ASSENTED TO MOTION FOR CONTINUANCE AND EXCLUDABLE DELAY**

The United States of America and defendant, Julio Daniel Grande, respectfully request a continuance of the status conference currently set for May 3, 2005 to a date during the week of May 23rd, except for the afternoons of May 24 and 27. The reason for this continuance is that the attorney for the government will be out of the country the week of May 3rd. The attorney for the defendant will be on trial the two subsequent weeks. Therefore, the week of May 23rd, except for the afternoons cited above, is requested for the new status conference date, if convenient for the Court.

The United States and defendant Velez further request that the Court enter an order excluding this time period from the Speedy Trial Act calculations with respect to this case. Defense attorney Miriam Conrad assented to this motion via telephone on this day.

                                                Respectfully submitted,

                                                MICHAEL J. SULLIVAN
                                                United States Attorney

                                                By:  */s/ Cynthia W. Lie*
                                                CYNTHIA W. LIE
                                                Assistant U.S. Attorney

Dated: April 20, 2005