UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                              )       CRIMINAL NO.  03-10331-RGS<br>)<br>JULIO DANIEL GRANDE                  ) | |

<u>ASSENTED-TO MOTION TO AMEND CONDITIONS OF RELEASE</u>

Defendant, Julio Daniel Grande, respectfully moves that this Court amend his conditions of release to allow him to travel from Florida to Boston on May 19, 2005, in order to meet with undersigned counsel on May 20, 2005.

As grounds for this motion, defendant states as follows. Mr. Grande was released last August to reside with his sister, Yuly Grande, and brother-in-law, Rodrigo DaSilva. Upon information and belief, Mr. Grande has not violated any of his conditions of release.

It is essential that undersigned counsel – and successor counsel, Page Kelley – meet with Mr. Grande to prepare his case, which involves six boxes of discovery. It would not be efficient or cost-effective for undersigned counsel and Ms. Kelley to travel to Florida, with the discovery provided to date, to review the case with Mr. Grande.

The Federal Defender Office will make all travel arrangements and will provide the details, including flight numbers and times, to Pretrial Services Officer Christopher Wylie.

Mr. Wylie and Assistant U.S. Attorney Cynthia Lie have assented to this motion.

                                      JULIO DANIEL GRANDE
                                      By his attorney,

                                      /s/Miriam Conrad
                                      Miriam Conrad
                                          B.B.O. # 550223
                                      Federal Defender Office
                                      408 Atlantic Ave., 3rd Floor
                                      Boston, MA  02110
                                      Tel: 617-223-8061

CERTIFICATE OF SERVICE

I, Miriam Conrad, hereby certify that a true copy of the above document was served upon Assistant United States Attorney Cynthia Lie and Pretrial Services Officer Christopher Wylie by delivery on May 11, 2005.

                                      /s/Miriam Conrad
                                      Miriam Conrad