UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO.  03-10331-RGS |
| | ) | |
| JULIO DANIEL GRANDE | ) | |

<u>NOTICE OF WITHDRAWAL</u>

Undersigned counsel hereby moves to withdraw as counsel for Defendant, Julio Daniel Grande.

As grounds for this motion, counsel states that she will be assuming her new duties as Director of the Federal Defender Office.

                                          JULIO DANIEL GRANDE
                                          By his attorney,

                                          /s/Miriam Conrad
                                          Miriam Conrad
                                              B.B.O. # 550223
                                          Federal Defender Office
                                          408 Atlantic Ave., 3rd Floor
                                          Boston, MA  02110
                                          Tel: 617-223-8061

May 16, 2005