UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 03-10331 RGS |
| | ) | |
| JULIO DANIEL GRANDE | ) | |
| | ) | |

NOTICE OF APPEARANCE

_____Assistant Federal Defender Page Kelley, hereby files her appearance on behalf of defendant Julio Daniel Grande.

                                                                         JULIO DANIEL GRANDE
                                                                         By his attorney,

                                                                         /s/ Page Kelley
                                                                         Page Kelley
                                                                            B.B.O. #548237
                                                                        Federal Defender Office
                                                                        408 Atlantic Avenue, 3rd Floor
                                                                        Boston, MA  02110
                                                                        Tel: 617-223-8061

May 16, 2005