UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.    )<br>)<br>JULIO DANIEL GRANDE    )<br>) | CRIMINAL NO. 03-10331-RGS |

ASSENTED-TO MOTION TO TRANSFER CASE

_____Now comes counsel for the defendant, Julio Grande, and requests that the status conference scheduled for Friday, July 22 be cancelled, as counsel has a family obligation on July 22 and cannot be in court.  The parties report that this case is ready to be transferred to Judge Stearns as the case already has a trial date of November 7, 2005.  The defendant moves that the period of time between the status conference on July 22, 2005, and the next date scheduled with Judge Stearns be excluded from the calculations of the Speedy Trial Act, in the interests of justice.  The Assistant United States Attorney assigned to this case, Cynthia Lie, assents to this motion.

JULIO DANIEL GRANDE
By his attorney,

/s/ Page Kelley
Page Kelley
  B.B.O. #548237
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel: 617-223-8061

Date: July 19, 2005