# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Criminal No. 03-10331-RGS

UNITED STATES OF AMERICA

v.

JULIO DANIEL GRANDE

## *FINAL STATUS REPORT*

July 19, 2005

**BOWLER, U.S.M.J.**

The following status of the above-entitled case is hereby reported to the district judge to whom this case is assigned, to wit:

1. The Superseding Indictment in the above-entitled case, which charges the defendant with conspiracy to commit money laundering, engaging in monetary transactions in property derived from specified unlawful activity and aiding and abetting, was returned on September 2, 2004;

2. The defendant was arraigned on the Superseding Indictment on September 23, 2004;

3. The defendant is not custody on the charges;

4. At the time of arraignment, the attorney for the government estimated that the government would call approximately eight to ten witnesses and that the trial would last approximately one week;

5. Counsel for the defendant has indicated that the case will be resolved by way of a trial;

6. As of the date of this Final Status Report, time has been excluded through the next conference before the district judge (see docket entry #94);

7. This case is hereby returned to the district judge to whom this case is assigned.


 /s/ Marianne B. Bowler
**MARIANNE B. BOWLER**
United States Magistrate Judge

2