UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 03-10331 RGS |
| | ) | |
| JULIO DANIEL GRANDE | ) | |
| | ) | |

NOTICE OF APPEARANCE

_____Assistant Federal Defender Oscar Cruz, Jr., hereby files his appearance on behalf of

defendant Julio Daniel Grande.

JULIO DANIEL GRANDE
By his attorney,


/s/ Oscar Cruz, Jr.
Oscar Cruz, Jr.
  B.B.O. #630813
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel: 617-223-8061


August 12, 2005