UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 03-10331-RGS |
| | ) | |
| JULIO DANIEL GRANDE | ) | |
| | ) | |

MOTION TO MODIFY CONDITIONS OF RELEASE

      Now comes the defendant, Julio Grande, and asks this Honorable Court to alter his conditions of release so that he may leave his sister's home in Miami, where he is presently living, and go to the Columbian Consulate to sign papers permitting his wife to take his minor children from Columbia to the United States. It is counsel's understanding that the defendant's wife wishes to have the children travel to the United States to see their grandparents, but the Columbian officials will not permit the children to leave Columbia unless Mr. Grande signs certain paperwork. Mr. Grande is presently on a bracelet and is not permitted to leave his house. He has informed counsel that his Pretrial Services Officer in Miami, Tad Parks, told him that he needed a court order to be allowed to travel to the Consulate.

      If the Court grants this request, the defendant asks that his Pretrial Services Officer be permitted to direct when he may go and to set reasonable time limits on his travel to the Consulate.

      The Assistant United States Attorney assigned to this case, Cynthia Lie, has no objection to this request.

JULIO DANIEL GRANDE
By his attorney,

/s/ Page Kelley
Page Kelley
  B.B.O. #548237
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel: 617-223-8061

Date: September 28, 2005