UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 03-10331-RGS |
| ) | |
| JULIO DANIEL GRANDE ) | |
| ) | |

### MOTION TO MODIFY CONDITIONS OF RELEASE

      Now comes the defendant, Julio Grande, and asks this Honorable Court to alter his conditions of release so that he is no longer subject to electronic monitoring but instead is subject to reporting as directed by the Office of Pretrial Services in Florida. His Pretrial Services Officer in Florida, Tad Parks, has told counsel that he has no objection to this request. Pretrial Services Officer Christopher Wiley has told counsel that the Boston Office does not object, either.

      The defendant so requests because the monitoring is not necessary and is unduly burdensome. He is indigent and does not have access to funds to travel. The authorities have his passport. His intention is to submit to the authority of this Court and serve whatever sentence the Court orders him to.

JULIO DANIEL GRANDE
By his attorney,
/s/ Page Kelley
Page Kelley
  B.B.O. #548237
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel: 617-223-8061

October 13, 2005