UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 03-10331-RGS |
| ) | |
| JULIO DANIEL GRANDE ) | |
| ) | |

ASSENTED-TO MOTION TO MODIFY CONDITIONS OF RELEASE

The defendant, Julio Grande, recently was released from electronic monitoring by this Court. He is going to be sentenced by this Court on January 31, 2006 and expects that he will receive time in prison. He has recently learned from his Pretrial Services Officer in Florida, Tad Parks, that even though he is no longer on electronic monitoring, if he wishes to travel outside the county in Florida in which he is residing, he needs permission from the Court.

Mr. Grande has been living under house arrest with his sister and brother-in-law in Northport, Florida, since August of 2004. Until the electronic monitoring was removed recently, Mr. Grande could only leave the house for a few hours each week. The couple with whom he resides does not have children and they work full-time.

Mr. Grande's four-year-old son recently came to the United States to see him before he is sentenced. His eight-year-old son is going to join them in a few days. Mr. Grande has not seen his children since before his arrest in 2004. He wishes to take his children to see his brother-in-law, Paul Gordillo, and Mr. Gordillo's wife, Claudia Rodriguez, who live at 500 Bayview Drive, unit 825, Sunny Isles Beach, Florida 33160-4777. Mr. Grande is asking that he be permitted to take the children to their home, leaving Northport on the morning of November 25 and returning to Northport on the evening of November 27. He would also like to go there

from December 24 to December 25. During these visits, he and his children will be sleeping with their relatives at the above address.

Mr. Grande agrees to abide by any conditions Mr. Parks sets concerning his travel.

Tad Parks, the Pretrial Services Officer assigned to this case in Florida, and Cynthia Lie, the Assistant United States Attorney assigned to this case, have no objection to this request.

JULIO DANIEL GRANDE
By his attorney,

/s/ Page Kelley
Page Kelley
  B.B.O. #548237
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel: 617-223-8061

Date: and return to Boston, MA