UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 03-10331-RGS |
| | ) | |
| JULIO DANIEL GRANDE | ) | |
| | ) | |

ADDITION TO MOTION TO MODIFY CONDITIONS OF RELEASE

      Now comes the defendant Julio Grande through counsel and adds to his recently-filed motion to modify conditions of release the fact that the phone number of the relatives with whom he seeks to stay in Miami, Paul Gordillo and Claudia Rodriguez, is (305) 945-5898. Counsel adds this telephone number because Mr. Grande's Pretrial Services Officer, Tad Parks, requested that this telephone number be part of the defendant's request to the Court.

      JULIO DANIEL GRANDE
By his attorney,

/s/ Page Kelley
Page Kelley
  B.B.O. #548237
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel: 617-223-8061

Date: November 18, 2005