UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 03-10331-RGS |
| | ) | |
| JULIO DANIEL GRANDE | ) | |
| | ) | |

<u>CORRECTED, ASSENTED-TO MOTION TO MODIFY CONDITIONS OF RELEASE</u>

The defendant, Julio Grande, recently filed a motion to modify conditions of release which stated that he wanted to travel on November 25. This was a typographical error; the request should read as stated below, that he wishes to travel on November 24. Otherwise the motion is the same.

Mr. Grande is asking that he be permitted to take the children to the home of his relatives in Miami, leaving Northport on the morning of November 24 and returning to Northport on the evening of November 27. He would also like to go there from December 24 to December 25.

                                                                               JULIO DANIEL GRANDE
By his attorney,

/s/ Page Kelley
Page Kelley
  B.B.O. #548237
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel: 617-223-8061

Date: November 21, 2005