UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 03-10331-RGS |
| | ) | |
| JULIO DANIEL GRANDE | ) | |
| | ) | |

<u>ASSENTED-TO MOTION TO MODIFY CONDITIONS OF RELEASE</u>

The defendant, Julio Grande, has been residing with his sister and brother-in-law in Northport, Florida, since August of 2004. He requests that he be permitted to travel to see his brother-in-law, Paul Gordillo, and Mr. Gordillo's wife, Claudia Rodriguez, who live at 500 Bayview Drive, unit 825, Sunny Isles Beach, Florida 33160-4777, telephone (305) 945-5898, on December 29, 2005, and return to his residence on January 8, 2006. During these visits, he and his two young sons will be staying with their relatives at the above address.

Tad Parks, the Pretrial Services Officer assigned to this case in Florida, and Cynthia Lie, the Assistant United States Attorney assigned to this case, have no objection to this request.

JULIO DANIEL GRANDE
By his attorney,

/s/ Page Kelley
Page Kelley
  B.B.O. #548237
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel: 617-223-8061

Date: December 13, 2005