# TABLE OF CONTENTS

A.  Letter from Luisa Cruz (wife)

B.  Letter from Yuly Grande and Rodrigo DaSilva (sister and brother-in-law)

C.  Letter from Martha Grande (sister)

D.  Letter from Vanessa Grande (niece)

E.  Letter from Marisol Grande (sister-in-law)

F.  Letter from Chris Hamilton (Director of Dental Supply Company)

# Attachment A

Richard Stearns
Boston

Dear Judge Stearns:

Very respectfully,

At this time, my children and I are going through a very difficult situation; from the moment my husband was taken away, our situation started becoming delicate, since it was him who supported my children and me financially; I didn't go back to work ever after I got married because I had to take care of my children and attend to my husband. I haven't been able to find work due to the state of our country's economy and both the fact that we live in a state of war such as the current general situation render the chance of obtaining a dignified job unlikely. As you know, my husband is a dentist. I have had to sell all the parts that made up his office, the chair, the instruments, the machinery and equipment that he worked with, even the furniture and the electric appliances for the house as well as every valuable item we had in order to support my children. I have also had to borrow money from relatives. I am heavily in debt, and the situation becomes more difficult every day. The time will come when I won't know what to resort to in order to keep supporting my children.

Another thing is, my children have taken very hard the separation from their father. We are a very united family and they sometimes think their father has abandoned us, since he has not returned home. It has fallen on me to tell them that he will never abandon us, that he is working, there in the United States, and that that is why he could not come back. In spite of seeing each other daily on the Internet, they don't accept it. They want their father to be here with us, as he is such a good father. He has dedicated himself to his children, and is a very tender and responsible person that has taught them good values. They remember him at all times, in everything they do and every game they play, they have many good memories of their father.

I have had to struggle with my oldest son Daniel this year, as he started to get bad grades. He started not paying attention, being distracted in class and this caused concern at school. Because of this I was summoned to meetings several times. The school psychologist evaluated him and said that what was affecting him the most was the lack of his father.

I had to get a psychologist for him, as well as a private tutor. This means some extra expenses in this time financial hardship we are going through due to my husband not being with us, but may it all be for the sake of my son.

On his birthday, I asked my son Daniel what he would want as a present. He said he wanted a big box from which his father would come out, but I had to explain to him that his father could not be there that day and he started crying and feeling very sad.

He misses his father so much that sometimes he smells my husband's clothes and tells me: "Mom, my dad's clothes smell like my dad". He is always remembering all the things he used to do with his father, such as going to the amusement park, going to the movies, talking and praying with him each night before going to sleep, and how much he enjoyed when his father would tickle him and make him laugh when he was already in bed.

And my youngest son Kristian, thinks about him a lot as well and before going to bed at night, he asks me about his father, when is his father going to come back home and starts

crying. I had to explain that his father is very busy working. It's a very difficult situation, as they don't know what their father is going through, nor do we want them to know, considering they are very young. They are at the age when children need their father the most, just starting their lives. They need for all of us to be together as the family we are. Now, thank GOD, they will have the opportunity to see their father, although the saddest thing is that they won't be able to bring him back with them. They say that is what they will do, and they will never leave him again. Now we will have to wait and see how they'll react when they find their father could not come with them.

I have also been affected greatly by this. Many times I have had to face difficult situations, knowing the one person I count on, is not there to support me, to help me make the best decisions. And I have missed him very much: he is the only person I count on for everything. He is as good husband and a good father, and we only have each other, as our families don't live here, they live in other countries.

I know my husband is not a criminal. He has never, nor will he ever think of breaking the law. I know him and I know he is a law-abiding person. He made a mistake by trusting people, though not with any bad intent. He loves his work and loved and got along with he worked. He also loved everyone in the United States. He was here in Colombia when the Twin Towers tragedy occurred in New York. He came home to have lunch, and cried bitterly when he saw the news on TV. He was very moved by the pain the victims' families and all the people in America were going through. He is a very sensitive person. He cries when he sees heart-wrenching news on TV, when he sees the injustices committed in our country against the poor and the needy, when he sees other people go through hardship and affected by tragedy. In our country, even though there are a lot of riches, there are a lot of poor people as well. People come to our house daily asking for handouts. He has never let anyone that came seeking help go with empty hands. He always gave them something to eat or something to wear or even money, according to what he could afford. In one occasion, he took off his own shoes and gave them to the person that asked him for them. In another occasion, he took off the vest he had on and gave it to a beggar that slept in the street and had nothing to ward off the cold. Because the situation our country is in, financial hardship is common for most. He has gone as far as asking the bank for a loan in order to help friends in need, and this has caused tension between us. He would pay interest on the loan and not ask the friends to pay for it, knowing that, him being the guarantor, would get us in debt. This is what in fact happened. He had to pay off a large debt he had incurred in because the people he was helping took advantage of him and didn't return the money. Every time a relative or friend was in urgent need, they would come to him, knowing he helped anyone that asked him for assistance. He always lent people money according to his possibilities, and never charged interest on it. This is not because we had nor have much money, no, we lived like any normal family, with expenses, and financial hard times like everybody. We lived day to day, like we say in our country, so whatever he did to help out others was out of money he needed, not money that overflowed. He has always thought that we all must help one another without looking for personal gain. He has always been committed to his work. If he had to work and travel on weekends, he would do so. In ten years he's never had ongoing vacations. Notwithstanding, he always made time for our children and me. He had started another career at University because he's always wanted to learn as much as he was able to, and to be an example for our kids, in that anything can be accomplished and that they must use time to their advantage. They must study and prepare themselves

to be good for others. That is something he made a point in and emphasized at the Dentist Conferences: the need to work for the good of others, for the patients. I heard him at the several Conferences I had the chance to accompany him to. He also took online courses whenever he could. My husband is also a person of profound religious beliefs. He believes in GOD and practices the teachings of our lord Jesus Christ. He strives to live according to the laws and mandates of GOD and men. However, all of this does not mean he is a perfect person. He has defects as well, like any human being.

Even though he doesn't tell me about his feelings over the phone, I know he has suffered and is suffering a lot since he was deprived of his freedom. I know how much he loves us, his children and me, his family, his work and all the people with whom he has any direct or indirect relationship. I know this whole situation must be affecting him deeply, because of how sensitive he is. Whenever he has a problem, he keeps it to himself, as he does not like conveying his suffering to others. I know he is also suffering because of how this entire situation has affected his family, his mother, his siblings, as well as my own parents and siblings. They know who he is, and love him as a son and a brother. I know my husband doesn't like to cause suffering to anyone. On the contrary, he wants everyone to lead happy lives. There are many of us who need him back, his children, his wife and everyone that knows him and needs his help and prompt return. He has already been away from us for a long time, has been deprived of his freedom, he has already paid for his mistake.

Honorable Judge Stearns, a person with the feelings and character of my husband cannot be a criminal. He is not a person who does harm to anyone. On the contrary, he is a useful member of society. If possible, please return him to us. You cannot imagine how much we need him. God will reward you for your mercy and wisdom.

Very respectfully,
(Signature)
 Luisa Fernanda Gordillo Cruz

Bogot·, D.C., November 20, 2005.

Hon.Judge
Richard Stearns
Boston.

Dear Judge Stearns:

A continuación me dirijo a usted muy respetuosamente.

En estos momentos mis hijos y yo estamos pasando por una situación muy difícil; desde el momento en que se llevaron a mi esposo la situación empezó a volverse delicada para nosotros, ya que económicamente él era quien nos sotenía a mi y a nuestros hijos; desde que me casé no volví a trabajar porque me dediqué a cuidar a mis hijos y a atender a mi esposo y hoy en día no he podido conseguir trabajo porque la situación económica de nuestro país y por tanto la oportunidad de conseguir un empleo digno es poco probable por el estado de guerra en que vivimos y las condiciones actuales. Como usted sabe mi esposo es odontólogo, entonces me ha tocado vender todas las cosas que el tenía de su consultorio, la silla, el instrumental, los aparatos y equipos de odontología con los que él trabajaba , y hasta los muebles, electrodomésticos y todo artículo de valor que teníamos en mi casa me ha tocado venderlos para poder sostener a mis hijos y me ha tocado también pedir plata prestada a los familiares y ya estoy muy endeuda y cada día la situación es mas difícil por que va llegar un momento en que no se a que le voy a hechar mano para poder seguir sosteniendo a mis hijos.

Por otra parte, a mis hijos les ha dado muy duro la separación con su papá ya que nosotros somos una familia muy unida y ellos piensan a veces que su papá nos ha abandonado porque no ha vuelto a la casa; a mi me a tocado decirles que él nunca nos va ha bandonar, que él está trabajando allá en los Estados Unidos y que por eso no ha podido regresar; a pesar de que todos los días nos vemos por internet ellos no aceptan eso, ellos quieren que su papá esté aquí nosotros ya que él es un buen padre, él se ha dedicado mucho a sus hijos, él es una persona muy tierna, responsable, que le ha enseñado a nuestros hijos muchos valores y ellos lo recuerdan a cada momento con cada cosa que ellos hacen o juegan, ellos tienen muchos recuerdos buenos de su papá .

Con mi hijo mayor Daniel este año me tocó luchar mucho porque él en el colegio empezó a sacar malas notas, a no hacer caso, a estar muy distraído en las clases y en el colegio estaban muy preocupados por esta situación; varias veces me llamaron a reuniones ya que lo veían muy mal, la sicóloga del colegio lo evaluó y decía que al niño lo que mas le estaba afectando era la falta de su papá.

Me tocó ponerle sicólogo y colocarle profesor particular, osea que me ha tocado hacer unos gastos extras en medio de la dura situación económica por la que hemos atravezado desde que no está mi esposo con nosotros, pero todo sea para el bien de mi hijo.

El día de sus cumpleaños le pregunté a mi hijo Daniel que qué quería de regalo y me decía que el quería una caja grande de regalo y que de esa caja saliera el papá, pero me tocó explicarle que el papá no podía estar ese día y se puso a llorar y estaba muy triste. Extraña tanto a su papá que algunas veces se pone a oler la ropa de mi esposo y me dice, mami, la ropa de mi papá huele a mi papá, y siempre está recordando todas las actividades que hacía con el papá como ir al parque de diversiones, ir al cine, hablar y orar todas las noches con él antes de acostarse, y lo mucho que le gustaba que el papá le hiciera cosquillas cuando estaba acostado y que lo hiciera reir.

Y mi hijo kriztian, el menor, tambien lo recuerda bastante y en la noches antes de acostarse me pregunta por su papá, que cuando va a volver el papá a su casita y se pone a llorar y me ha tocado explicarle que el papá está muy ocupado trabajando; es una

situación muy difícil ya que ellos no saben en la situación que está su papá ni tampoco queremos que se enteren porque están muy pequeños, además por las edades que ellos tienen es cuando mas nesecitan a su papá, ellos están empezando a vivir y ellos nesecitan que todos estemos juntos como la familia que somos.

Ahora gracias a   DIOS  van a tener la oportunidad de ir a ver a su papá, pero lo mas triste es cuando ellos regresen, porque ellos dicen que se van a traer a su papá, que no lo van a volver a dejar nunca mas. Ahora nos toca esperar el día en que ellos vuelvan otra vez aquí para ver como van a reaccionar al saber que su papá  no  se pudo venir con ellos.

A mi tambien me ha afectado bastante esta situación ya que muchas veces me ha tocado enfrentarme a muchas situaciones bastantes difíciles y saber que la persona que con que uno cuenta no está con uno para que lo apoye, para que lo ayude a escoger las mejores decisiones.

Y la falta que me ha hecho ya que es con la única persona con la que yo cuento en todo. El es un buen esposo y un buen padre y solo nos tenemos nosotros  ya que nuestras familias no viven aquí, viven en diferentes países.

Yo sé que mi esposo no es un criminal, el jamás ha pensado ni pensará cometer ningún delito porque yo lo conozco y sé que es una persona respetuosa de las leyes. Cometió un error por confiar en la gente, pero yo se que él no lo hizo con mala intención ni a propósito. El ama su trabajo y sé que quiere mucho a todas las personas de los Estados Unidos con las que trabajaba porque siempre me hablaba bien de ellas y se llevaba bien con todos ellos. El día que sucedió lo de las torres gemelas en Nueva York el se encontraba aquí en Colombia y vino a almorzar a la casa y cuando vió la noticia por televisión lloró amargamente porque se conmovió muchísimo con el dolor por el que estarían pasando los familiares de las víctimas de esa tragedia y toda la gente de los Estados Unidos en general. El es una persona muy sensible, llora cuando ve alguna noticia desgarradora en televisión, cuando ve las injusticias que se cometen en nuestro país con la gente mas pobre y necesitada, cuando ve las desgracias ajenas, cuando sucede alguna tragedia que afecte profundamente a otras personas. En nuestro país, aunque hay mucha riqueza, es muchísima la gente pobre y que pide limosna, todos los días a nuestra casa viene gente pidiendo alguna ayuda y él nunca dejaba que ninguna de las personas que vinieran a solicitar ayuda se fueran con las manos vacías, siempre les daba algo de comer o de vestir o algo de dinero de acuerdo a sus necesidades y de acuerdo a lo que él tuviera disponible o a la mano en ese momento; en una ocasión se quitó los zapatos que tenía puestos y se los dió a una persona que se los solicitó y en otra ocasión se quitó la chaqueta que traía puesta y se la dió a un pordiosero que se la pidió porque tenía que dormir en la calle y tenía frío y no tenía ropa para cubrirse y protegerse del frío. Por la situación de nuestro país los problemas económicos no faltan para la mayoría de las personas y algunas veces tuve problemas con él porque solicitaba préstamos a los bancos para ayudar a los amigos a solventar sus problemas económicos y él pagaba los intereses de esos préstamos sin cobrárselos a aquellos a los que les conseguía el dinero prestado por el banco, y él era el responsable de las deudas contraídas exponiéndose a que sus amigos no las pagaran, como en efecto le sucedió una vez y él tuvo que pagar una deuda grande que había adquirido para ayudar a otras personas y que eran esas personas a las que mi esposo les estaba haciendo el favor las que tenían que pagar la deuda porque el dinero fue para ellos, para ayudarlos a ellos a solventar sus necesidades económicas, pero no lo hicieron, no pagaron la deuda aprovechándose de la buena voluntad de mi esposo y de su confianza en la gente, y fue mi esposo quien tuvo que pagar esa deuda para que no lo fueran a embargar. Siempre que algún familiar o algún amigo tenía una necesidad urgente de dinero acudían a él porque él siempre ayudaba a todo aquel que le pedía ayuda y les prestaba dinero de acuerdo a sus posibilidades y nunca les cobraba intereses y esto no es porque hayamos

tenido o tengamos mucho dinero, no, vivíamos como cualquier familia normal, con gastos y compromisos económicos como todos, vivíamos al día como decimos aquí en nuestro país, así es que lo que él hacía para ayudar a los demas era de dinero que le hacía falta y no de dinero que le sobrara. El siempre ha pensado que todos debemos ayudarnos unos a otros sin buscar beneficio personal por el favor que se haga. Siempre ha sido dedicado a su trabajo, y si tenía que trabajar y viajar los fines de semana lo hacía, en diez años de trabajo nunca tuvo unas vacaciones continuas pero siempre sacaba tiempo para nosotros, para nuestros hijos y para mi. Había empezado otra carrera en la Universidad porque siempre ha querido aprender todo lo que pueda mientras tenga tiempo y la capacidad de hacerlo para dar ejemplo a nuestros hijos de que todo se puede hacer y de que deben aprovechar al máximo el tiempo para estudiar y prepararse para ser útiles a la sociedad y ayudar a los demás, eso es algo en lo que él insitía en sus conferencias a los odontólogos, en la necesitad de trabajar bien para los demás, para los pacientes y que le escuché decir en varias conferencias a las que tuve la oportunidad de acompañarlo algunas veces; también tomaba cursos por internet cuando podía hacerlo. Mi esposo también es una persona con profundas convicciones religiosas, cree en DIOS y práctica las enseñanzas de nuestro señor Jesucristo, se esfuerza por vivir de acuerdo a las leyes y mandatos de DIOS y de los hombres. Todo esto no quiere decir que sea una persona perfecta, tiene también sus defectos como todo ser humano.

Aunque él no me dice nada de sus sentimientos cuando hablamos por teléfono sé que ha sufrido y está sufriendo mucho desde que fue privado de la libertad, porque sé cuanto nos ama, a mis hijos y a mi, y a su familia, a su trabajo y a todas las personas con las que tiene alguna relación directa o indirectamente y sé que toda esta situación lo debe estar afectando profundamente por su sensibilidad; cuando él tiene algún problema sufre calladamente porque no le gusta transmitir sus sufrimientos a los demas, y sé que también está sufriendo porque esta situación ha afectado a su familia, a su mamá, a sus hermanos y también a mis padres y a mis hermanos que saben quien es él, que clase de persona es y que lo quieren como si fuera un hijo y un hermano, y yo sé que a mi esposo no le gusta causarle sufrimiento a nadie, antes por el contrario, quiere que todas las personas sean y vivan felices. Somos muchas las personas que lo necesitamos tener otra vez con nosotros, sus hijos, su esposa, su familia, todos los que lo conocen y todos los que esperan y necesitan de su ayuda y su pronto regreso. El ya ha estado mucho tiempo lejos de todos nosotros, ha estado mucho tiempo privado de su libertad, ya ha pagado por su error.

Honorable Señor Juez Stearn, una persona con los sentimientos y la forma de ser de mi esposo no puede ser un criminal, no es una persona que le haga daño a nadie, antes por el contrario, es una persona útil para la sociedad, si le es posible, devuélvanoslo por favor, usted no se imagina cuanto lo necesitamos, Dios lo recompensará por su bondad y su sabiduría.

Con todo respeto,

*Luisa Fernanda Gordillo Cruz*
Luisa Fernanda Gordillo Cruz


Bogotá, D.C., noviembre 20, 2005

# Attachment B

Honorable Judge
Richard Stearns
Boston.

Dear Judge Stearns:

Ever since we have known Julio Daniel Grande, he has distinguished himself by being a
good, calm, easygoing, honest and hard working; we have never known him to have had
any problem with violence of any sort against anyone, nor to have been involved in any
crime.
Throughout the time he has stayed at our house he has behaved well, we have not had any
problems with him, he has always complied with the Court's orders, has reported timely
and has followed the directions given to him by the officer in charge of his case at the
Fort Myers Court.
He has been deprived of his liberty for quite a while here at our home, since the 24th of
August to the present date. We have often wondered how a person so used to traveling
and being in personal contact with many people as a part of his job, could remain in
confinement week after week, month after month, coming out only for a few hours on
Sundays to go to church. And it has not been every Sunday, since, sometimes, due to the
fact that other commitments prevented us from taking him to church, he has had to stay
confined here at the house all week.
We know he has been very depressed during all this time. He terribly misses his wife and
children, whom he loves deeply. This separation has affected and continues to affect all of
them emotionally and financially. They completely relied on Julio, and the fact that he is
not around and cannot help them is making them go through an unbearable situation.
This situation has also been very difficult for his entire family, his mother and siblings
and other relatives who appreciate and love him dearly. It hurts us and affects us
profoundly to see all the suffering that he has gone through and continues to go through.
We are sure that, whatever mistake it is that he has made, he is completely remorseful of.
He has been paying for it for a long time, since he was in prison for three months and has
been confined here at our home for fourteen months to the date.
We are convinced that he is not a criminal and he does not pose any danger to society.
The job he had before his freedom ended entailed performing a service to many people, in
our understanding, and he has never thought of causing harm to anyone.
Were it up to us, and had we the means available, we would do anything possible so that
he would immediately regain his freedom, and go back to his wife, family and work,
which is were he belongs. A person like him is necessary to society, not a danger to it.
We only ask God to open your heart and that you please have mercy on Julio and this case
is resolved in the best possible way, to alleviate his mother's pain and so that our entire
family may have some peace.
We are thankful of the attention Your Honor pays to this letter, and we very respectfully

Sincerely,
(Signature)                              (Signature)
Yuly Grande                              Rodrigo DaSilva
North Port, November 29, 2005.
Honorable Judge

Hon. Judge
Richard Stearns
Boston.

Dear Judge Stearns:

Desde que conocemos a Julio Daniel Grande siempre se ha caracterizado por ser una buena persona, calmado, tranquilo, honrado, trabajador; nunca hemos sabido que haya tenido ningún problema de violencia de ninguna clase con ninguna persona, ni que haya estado envuelto en ningún tipo de crimen o delito.

Durante el tiempo que ha permanecido en nuestra casa ha tenido buena conducta, nunca hemos tenido ningún problema con él, siempre ha acatado las órdenes de la corte y se ha reportado puntualmente y ha seguido todas las indicaciones del oficial que está a cargo de él en la corte de Fort Myers.

Ha sido bastante el tiempo que ha permanecido privado de la libertad aquí en nuestra casa, desde el 24 de Agosto de 2004 hasta la fecha, y muchas veces nos preguntábamos como, una persona acostumbrada a viajar y a estar en contacto con mucha gente por su trabajo, podía permanecer encerrado semana tras semana, mes tras mes, saliendo solamente por unas cuantas horas los domingos para asistir a la iglesia, y no todos los domingos porque algunas veces por nuestros compromisos no lo podíamos llevar a la iglesia y debía permanecer encerrado aquí en nuestra casa toda la semana.

Sabemos que ha estado muy deprimido durante todo este tiempo que ha estado encerrado aquí en nuestra casa y que extraña muchísimo a su esposa y a sus hijos a quienes ama profundamente y esta separación los ha afectado bastante y los sigue afectando a todos ellos emocional y económicamente porque dependían completamente de Julio y al no estar él y no poderlos ayudar han tenido y están atravezando por una situación insostenible.

Esta situación también ha sido muy dura para toda su familia, para su mamá y para sus hermanos y demás familiares quienes lo apreciamos y lo queremos muchísimo y a quienes nos duele y nos afecta profundamente ver todo el sufrimientoque por el que ha pasado y está pasando.

Estamos seguros de que, cualquiera que haya sido el error que cometió, él está completamente arrepentido y que es mucho el tiempo que lleva pagando por lo que haya hecho, ya que estuvo por casi tres meses en prisión y hasta la fecha ha estado por catorce meses detenido aqui en nuestra casa.

Estamos convencidos de que él no es un criminal y que no representa peligro alguno para la sociedad, antes por el contrario, por el trabajo que él estaba realizando antes de ser privado de la libertad, consideramos que lo que el

hacía era prestar un servicio a muchas personas y que nunca pensó ni ha pensado en hacerle daño a nadie.

Si de nosotros dependiera y si tuviéramos los medios disponibles, haríamos todo lo posible para que recuperara inmediatamente su libertad y pudiera regresar al lado de su esposa, de su familia y a su trabajo que es donde debe estar y a donde pertenece. Una persona como él es necesaria para la sociedad, no es un peligro para ella.

Solo le pedimos a Dios que abra su corazón y que por favor tenga misericordia con Julio y que este caso se resuelva de la mejor forma posible para aliviar el dolor de su mamá y para que finalmente toda nuestra familia pueda tener un poco de paz.

Agradecemos la atención que se sirva prestar el Señor Juez a la presente, y nos suscribimos de usted muy respetuosamente,

Atentamente,

Yuly Grande                            Rodrigo DaSilva

North Port, Noviembre 29 de 2005.

# Attachment C

Vienna, January 12th, 2006-01-12


HONORABLE JUDGE
RICHARD STEARNS
BOSTON


Dear Honorable Stearns,


My name is Martha Grande , I am writing to you in reference to Julio Grandes case'. I live at
the moment in Austria with my husband, my children and my mother. I will be flying to Boston to attent Julios´process on the 31st of January.

I write to you hopping you get to know a little bit about my brother. Julio is an exceptional
Brother, he has always have a helping hand for all of us when needed.  He is a good husband,
has taken good care of his family.  Is a wonderful father, his life are his two children: Christian 4 and Daniel 8, they both adore him and are at the moment suffering this abrupt and
long separation without knowing what is going on with their father.

Julio did not only studied  to be a dentist but he also studied several semesters at the medical school in Venezuela. As you can see his vocation is to serve and help the people.

Besides his profession  he is a talented musician:  he plays guitar, flute, maracas and cuatro
(Venezuelan musical instruments) and his greatest passion is to play the harp which he plays
to perfection.  One of his hobbies is to recite poetry and he does that with all his heart.

My brother is a very sensible, respectful, reliable person incapable of causing any harm to anyone.

This whole situation has been a long and hard process not only for him but to the entire family. My mother (78) , had a minor stroke last year when she went to visit him in Florida and two weeks ago she had another one, As the time goes by her health weakens, my brothers, my sister and I pray that she makes it all the way through.

I would like to plead to you to consider that Julio is not a threat to society  but on the contrary

he still has a lot to give and many people could benefit from all his knowledge.

I trust and believe that justice will be done.

Sincerely,

Martha Grande

# Attachment D

Hon. Judge

Richard Stearns

Boston.

Dear Judge Stearns:

If I had to describe my uncle Julio in one way only, I would say he is the sweetest uncle I have on my father's side. I consider him a very intelligent and responsible man. He is a simple and religious family man with a good sense of humor, besides other qualities.

Uncle Julio is always in contact with us, even when we are far from each other. He always keeps himself up to date with everything in our lives, as with the rest of the family.

He is a great father who adores his children. They were very close to him and have suffered much because of his absence all this time. And it goes without saying he surely misses them a lot, aside of the fact that he is missing out on their childhood. Uncle Julio has always been a calm person, incapable of hurting anybody or committing a crime. I am sure that he is not in the situation he is in right now, because of his will or intent.

The fact that he didn't flee from Justice and that he is complying with what was imposed on him attests to his being a balanced person who is willing to mend any mistake that was made.

It must not be easy to know your days are numbered and worse even, to be far

from the people you love , but that is what my uncle has gone through. That is why I ask, from the bottom of my heart, that what he has gone through is taken into consideration at the time of his trial.

We are thankful for the attention Your Honor pays this letter and we salute you very respectfully.

Sincerely,

Vanessa Grande

(Niece of Julio Daniel Grande)

Venezuela, January 10 of 2006.

Hon. Judge

Richard Stearns

Boston.


Dear Judge Stearns:

Si de alguna forma yo tuviera que describir a mi tío Julio, seria como
el tío más dulce que tengo por parte de mi papá.  Lo considero un hombre
muy inteligente y responsable. De buen sentido del humor, sencillo, familiar
y religioso entre muchas otras cualidades.

El tío Julio siempre está en contacto con nosotros, aún cuando
estamos lejos, está pendiente de nuestras vidas así como del resto de la
familia, es uno de los que más está en contacto con todos.

Es un gran padre, adora a sus hijos, quienes eran muy unidos a él y
han sufrido su ausencia durante todo este tiempo. Eso sin contar con lo
mucho que el debe extrañarlos, además de estar perdiéndose de gran parte
de su niñez.

El tío Julio siempre se ha caracterizado por ser una persona tranquila,
incapaz de hacerle daño a alguien o de cometer algún crimen. Si está en la
situación en que se encuentra hoy en día estoy segura de que  no fue por su
voluntad o no tenía conocimiento de ello.

El hecho de no huirle a la justicia y de estar cumpliendo con lo que le
fue impuesto, da fe de que es una persona equilibrada y que está dispuesta a

enmendar cualquier error cometido.

No debe ser fácil saber que tienes tus días contados y más aún para alejarte de las personas que amas y eso en gran parte lo ha vivido mi tío, por eso pido de todo corazón que sea tomado en cuenta lo que él ha pasado todo este tiempo a la hora de su juicio.

Agradecemos la atención que se sirva prestar el Señor Juez a la presente, y me suscribo de usted muy respetuosamente,

Atentamente,

Vanessa Grande
(Sobrina de Julio Daniel Grande)

Venezuela, Enero 10 de 2006.

# Attachment E

Hon. Judge

Richard Stearns

Boston.


Dear Judge Stearns:


First of all, my greetings.

My name is Marisol de Grande sister-in-law of Julio Daniel Grande I have known Julito, as I call him, for over 24 years. He has always been a very calm and quiet person: he never bothers anyone. On the contrary, he is always willing to give assistance to whoever needs it. He was an excellent student and now, after getting married, is a great father and an excellent husband. He has a beautiful family that is made up by his wife and two beautiful kids. I can attest he loves them with every fiber of his being. I don't know what drove him to make this mistake but the one thing I am absolutely certain of is that he is completely remorseful about it. I believe this time away from his beautiful children has made him reflect and think about life. I believe he has paid a dear price just by being away from them for so long, just when they needed him the most. This situation has affected his entire family both emotionally as well as financially, since they completely relied on Julio, a very hard working person.

His whole family: mother, siblings, nieces and nephews and other loved ones have suffered a lot because of this situation. He is a wonderful person who has won everybody's affection, since he has such an immensely great heart. He is incapable of hurting anyone. I know he is not a criminal and he would never kill anyone nor would he ever pose a danger to society. Quite the opposite: he is a very valuable person for society.

I only ask God from the bottom of my heart that he may regain his freedom so that he can be back with his beautiful family, his children who need him so much due to their ages and all of us who love him so much. The only thing I have left is to ask God to touch your heart at the time of making your decision and that such decision may be as just as it can be. That way, he may have some relief from all the suffering that he, his wife and children and other loved ones have gone through.

We greatly thank the attention Your Honor pays this letter and we salute you very respectfully.


Sincerely,


Marisol de Grande

Venezuela, Caracas  1-10-2006

Hon. Judge
>Richard Stearns
>Boston.
>
>Dear Judge Stearns:
>
>
>Antes todo mis saludos.
>
>Mi nombre es Marisol de Grande  cuñada de Julio Daniel Grande hace mas de
>24 años que conozco a julito como yo lo llamo. El se ha caracterizado por
>ser una persona sumamente tranquila y callada,  no se mete con nadie todo
>lo contrario siempre dispuesto ha ayudar a quien lo necesite es muy
>colaborador, fue un excelente estudiante y ahora después de casado un
>excelente esposo  y un gran papa, tiene una bella familia compuesta por su
>esposa y dos  bellos y hermosos hijos la cual doy fe que ama y adora con
>todo su ser. No se que lo habra llevado a cometer este error pero  lo que
>si estoy completamente segura es que Julio esta completamente arrepentido
>de esto y creo  que todo este tiempo que ha estado alejado de sus bellos
>hijos lo ha hecho reflexionar demasiado ha cerca de la vida y creo que ya
>ha pagado suficientemente caro  solamente con echo de estar tanto tiempo
>lejos de ellos en el momento en que mas lo necesitaban. Esta situación ha
>afectado a toda su familia  tanto emocional como económicamente por que
>ellos dependían completamente de Julio era una persona muy trabajadora .
>Toda  su familia a sufrido mucho con esta situación, su mamá, sus hermanos,
>sobrinos y demás seres querido ya  que es  una bella persona que se ha
>sabido ganar el cariño de todos porque  tiene un corazón inmensamente
>grande.  Es una persona que seria incapaz de hacerle daño a alguien. Se que
>tampoco es un criminal y jamás mataria a nadie y jamás representaria
>peligro alguno para la sociedad todo lo contrario es una persona muy
>valiosa para la sociedad.
>Solo le pido a Dios de todo corazón que pueda recobrar su libertad para que
>pueda estar de nuevo con su hermosa familia, con sus hijos que ahora es
>cuando mas lo necesitan por su corta edad  y cerca de todos nosotros que
>tanto lo queremos. Solo me queda pedirle a Dios que toque su corazón a la
>hora de tomar una decisión  y que sea la mas certera posible para poder
>calmar  un poco todo el sufrimiento que  ha tenido el, su esposa, sus hijos
>su mama y demás seres querido.
>
>Agradecemos  la atención que sirva prestar  el Señor Juez a la presente, y
>nos suscribimos de usted muy respetuosamente,
>
>Atentamente
>
>
>Marisol de grande
>
>Venezuela, Caracas 10-01-2006
>

# Attachment F



**DENTSPLY International**
**Prosthetics Division**
570 West College Avenue
P.O. Box 872
York, PA 17405-0872
(717) 845-7511
Fax (717) 849-4628
www.dentsply.com

To Whom It May Concern                                                    12/1/05

Dear Sir,

<u>Mr. Julio Grande –Letter of recommendation</u>

This is to advise that I have been working with Julio Grande for a period in excess of 14 years. He has represented our Ceramco line of dental porcelains and associated products, in Colombia and throughout Latin America.

Mr. Grande is an expert in the use of our products to fabricate high quality dental restorations, crowns, bridges, inlays, onlays and the like.

During the period of our business relationship, Mr. Grande has presented many training courses, lectures and other educational events featuring our products, and has been materially responsible for the subsequent growth in sales of our products in the region, as a result of these efforts.

Mr. Grande has exhibited a high degree of integrity and honesty throughout the period that we have been cooperating in Latin America and I would have no reservations about recommending him to any company wishing to use his expertise in Dental Ceramics or in the overall practice of dentistry in the region.

If I can answer any specific questions concerning Mr. Grande I stand ready to do so, and invite you to contact me should this be required.

Yours sincerely,

Chris J. Hamilton
Director, International Sales.

Ceramco  -  Trubyte  -  Austenal