**FEDERAL DEFENDER OFFICE**
DISTRICT OF MASSACHUSETTS
408 ATLANTIC AVENUE, 3RD FLOOR
BOSTON, MASSACHUSETTS 02110

TELEPHONE: 617-223-8061
FAX: 617-223-8080

January 18, 2006

Elaine Flaherty
United States District Court
 for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
One Courthouse Way, Suite 2300
Boston, MA 02210

    Re:    United States v. Julio Grande
                Criminal No.: 03-10331-RGS

Dear Ms. Flaherty:

      Pursuant to our telephone conversation this afternoon, enclosed please find a letter from Adolfo Grande which was inadvertently omitted from the attachments to the sentencing memorandum filed yesterday.

                                      Sincerely,


                                      Christine Casoli
                                      Secretary to Page Kelley

/cc
Enclosure