Hon. Juez
Richard Stearns
Boston.

Your Honor,

My name is Adolfo Grande, (I am) the eldest brother of Julio Grande - whom you will sentence in the next few days on charges against him in that court. I, my 78 year old mother, my siblings, my children, my wife, and all family are consternated over this situation that my brother Julio is facing because never in our lives, Your Honor, never in our lives, we would have thought that Julio would ever the Justice System because of any deed that he committed. I make this affirmation, You Honor, because we have witnessed during our whole existence and living with Julio the kind of human being that he has always been, the kind of brother, son, father and husband that has always been willing to help and give a hand to those in need.

In his professional life, he has been for years imparting his knowledge and teaching his profession throughout the countries of Latin America where he has been the subject of recognition for his interest and generosity when communicating with the people who hoped for and requested his help.

You Honor, my intention in communicating with you is to ask that, at the time of imparting Justice, you please take in account who is the person onto whom it will fall; that if he made a mistake in his life, if that was the case, during this almost two (2) year process he has suffered and endured the sorrow of finding himself separated, not only from his young kids to whom he has always been an exemplary father, but also from the rest of the family.

Your Honor, I ask God to illuminate you at the time of making a decision in this case and every other case you may have to decide in your Judicial career.

Thank you for listening to me. God bless you and all your family.

Very attentively,

Adolfo Grande