UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Docket No.: |
| | ) | 03-CR-10331-RGS |
| JULIO GRANDE | ) | |

MOTION FOR FUNDS FOR TRANSPORTATION

    Defendant Julio Grande respectfully moves, pursuant to 18 U.S.C. § 4285, that this Court order the U.S. Marshal Service arrange to provide defendant with lodging for the evening of January 30, 2006 and airfare for transportation from Miami, Florida to Boston, Massachusetts for his sentencing hearing scheduled for January 31, 2006 at 2:30 p.m.

    As grounds for this motion, defendant states that the appearance requires defendant's presence.  Defendant has been found to be indigent.

JULIO GRANDE
By his attorney,
/s/ Page Kelley
Page Kelley
  B.B.O. # 550223
Federal Defender Office
408 Atlantic Ave., 3rd Floor
Boston, MA  02210
Tel: 617-223-8061

CERTIFICATE OF SERVICE

    I, Page Kelley, hereby certify that a true copy of the above document was served upon Assistant U.S. Attorney Cynthia Lie by delivery on January 23, 2006.

/s/ Page Kelley
Page Kelley
