UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) | |
| v. | ) ) | CRIMINAL NO. 03-CR-10331-RGS |
| JULIO GRANDE | ) ) ) | |

### COURT ORDER

The U.S. Marshal Service is hereby ordered pursuant to 18 U.S.C. § 4285, to provide the defendant in the above-numbered case with airfare to travel to Boston on January 30, 2006, and lodging for the evening of January 30, 2006, so that he may attend his sentencing hearing scheduled for January 31, 2006.

Date: 1-26-06.

/s/ Richard D. Stearns

United States District Judge