UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | **Criminal No. 03-CR-10331-MAP** |
| ) | |
| **JULIO DANIEL GRANDE,** ) | |
| **Defendant** ) | |

**NOTICE OF APPEAL**

Notice is hereby given that the United States of America (the prosecution in the above-captioned case) appeals to the United States Court of Appeals for the First Circuit from the sentence imposed on the defendant Julio Daniel Grande by the district court (Stearns, J) on January 31, 2006 and from the resulting <u>Judgment in a Criminal Case</u> (entered on the docket on February 15, 2006).

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney
By: */s/ Cynthia W. Lie*
CYNTHIA W. LIE
Assistant U.S. Attorney

Dated: March 10, 2006