UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

UNITED STATES OF AMERICA )
)
v. ) DOCKET NO. 2006 MAR 331 P 12: 28
)
JULIO DANIEL GRANDE )
) U.S. DISTRICT COURT
DISTRICT OF MASS

MOTION FOR IMMEDIATE DEPORTATION

The Defendant, Julio Daniel Grande, moves the court to issue an order granting the alien Defendant immediate deportation and/or removal in the above styled case, pursuant to the Immigration and Nationality Act (hereafter INA) 242 (h)(2)(2) as ammended in title 8 USC § 1252 (h)(2)(A) to wit "Deportation of non violent (alien) offenders prior to completion of sentence of imprisonment". Furthermore, the Defendant, an alien as defined in 101 (9)(8) of the INA was sentenced on January 31st, 2006 in the U.S. Federal Court, District of Massachusetts to a non-violent offence and is elegible for immediate deportation per the Aliens Deportation Improvements Act 668 of 1995 "to control crime by further streamlining the deportation of aliens".

Aditionally, Defendant has been under arrest for twenty one months, which stayed under house arrest without been able to work, to leave the house, or to go somewhere, without permit of the court for seventeen months on pre-trial status and, has served four months in prison from a sentence of fourty months. During which he has had excellent behaivor, Furthermore and of grater importance the Defendant has never been arrested or in trouble with the law prior to this case.

Page 1 of 2

Therefore, for good cause, on the interest of justice and in the ends of justice, the Defendant respectfully moves the court to enter an order granting the immediate deportation sought in this motion.

Respectfully Submitted,
JULIO DANIEL GRANDE

Julio Daniel Grande, Pro-Se
P.O Box 100
S. Walpole, MA 02071

S.Walpole, March 6th, 2006.

UNITED STATES DEPARTAMENT OF JUSTICE
UNITED STATES ATTORNEY GENERAL
Constitution Avenue and 10th, NW
Washington, DC 20530


RE: Immigration and Nationality Act (INA)
    Deportation of Non-Violent aliens
    U.S.  v. Julio Daniel Grande        Docket No.03-10331-RGS


Honorable Attorney General:

    I respectfully request, "to control crime by further stream-
lining the deportation of aliens" pursuant to Criminal Aliens
Deportation Improvement Act 668 of 1995, by asking for an order
granting the above named alien immediate deportation and/or
removal.


    Also, where under Section 701, the INS required to
iniciate all deportation proceedings as expeditiously as
possible after the date of an aliens conviction, so that the
question is resolved before the expiration of the alien prisoners
term, and not at the end of the aliens criminal sentence [per the
INA § 242 (h)(2)(A) as amended in title 8 USC § 1252 (h)(2)(A),
to wit, "deportation of non-violent alien offenders prior to
completion of sentence imprisonment"].


    Case in hand, I am an alien, as defined in 101 (a)(8) of the
INA, a citizen of the country of Colombia, I was sentenced on
January 31st, 2006 in the US District Court of Massachusetts for
a non-violent crime.

    I would apprediate being able to expedite my deportation
as quickly and efficiently as you may deem just an proper.


                                    Respectfully Submitted,
                                    JULIO DANIEL GRANDE



                                    Julio Daniel Grande, A96608
S.Walpole, March 6th, 2006          P.O. Box 100
                                    . South Walpole, MA 02071


cc: U.S. Federal Court District of Massachusetts
    INS
    AUSA Cynthia Lie
    Consulate General Of Colombia
    FDP Page Kelley

NOTICE OF SERVICE

I, Julio Daniel Grande, declare under penalty of perjury that I have
served a copy of the attached Motion for Immediate Deportation,
upon the following parties:

> United States Attorney General
> Constitution Avenue and 10th NW
> Washington, DC 20530
>
> INS - Distric Office Boston
> JFK Federal Bldg., Room 1775
> Government Center
> Boston, MA 02203-0701
>
> United States District Court
> District of Massachusetts
> One Courthouse Way
> Boston, MA 02210
>
> AUSA Mrs. Cynthia Lie
> District of Massachusetts
> One Courthouse Way
> Boston, MA 02210
>
> FDP Mrs. Page Kelley
> District of Massachusetts
> 408 Atlantic Avenue, 3rd floor
> Boston, MA 02110
>
> Consulate General of Colombia
> 10 East 46th Street
> New York, New York 10017

_____
Julio Daniel Grande, Pro-Se

March 6, 2006
_____
Date

P.O. Box 100
S. Walpole, MA   02071