UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 03-CR-10331-MAP (RGS) |
| | ) |
| JULIO DANIEL GRANDE, | ) |
| Defendant | ) |

## NOTICE OF APPEAL

Notice is hereby given that the United States of America (the prosecution in the above-captioned case) appeals to the United States Court of Appeals for the First Circuit from the sentence imposed on the defendant Julio Daniel Grande by the district court (Stearns, J) on January 31, 2006 and from the resulting <u>Judgment in a Criminal Case</u> (entered on the docket on February 15, 2006).

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
CYNTHIA W. LIE
Assistant U.S. Attorney

Certificate of Service

I, Cynthia W. Lie, hereby certify that on March 9, 2006, I caused a copy of this notice to be served by first-class mail on:

**Oscar Cruz, Jr.**
Federal Defender's Office
District of Massachusetts
408 Atlantic Ave., Third Floor
Suite 328
Boston, MA 02210

**Page Kelley**
Federal Defenders

408 Atlantic Avenue
Boston, MA 02210

_____
Cynthia W. Lie