UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CRIMINAL NO. 03-10331-RGS |
| ) | |
| JULIO GRANDE ) | |
| ) | |

## COURT ORDER

The Clerk, United States District Court, District of Massachusetts, is hereby ordered to release the $150,000 bond secured by $75,000 collateral (the third party custodian's residence) posted as a condition of the defendant's pretrial release in the above case.

Date: 3-20-06

_____
Hon. Richard G. Stearns
United States District Judge

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   CRIMINAL NO. 03-10331-RGS |
| | ) |
| JULIO GRANDE | ) |
| | ) |

MOTION FOR COURT ORDER FOR RELEASE OF BOND

Now comes defendant through counsel and requests that this Honorable Court endorse the attached order, requesting that the $150,000 bond secured by $75,000 collateral (the third party custodian's residence) posted as a condition of the defendant's pretrial release in the above case be released, as the defendant is now serving a sentence.

JULIO GRANDE
By his attorney,

/s/ Page Kelley
Page Kelley
  B.B.O. #548237
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel: 617-223-8061

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on March 3, 2006.

/s/ Page Kelley
Page Kelley

*Allowed. R/S. Stearns DJ 3-20-06.* (handwritten margin note)