UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** | ) ) ) |
| v. | ) CRIMINAL NO. 03-CR-10331-RGS ) |
| **JULIO DANIEL GRANDE** | ) ) |

## OPPOSITION TO MOTION FOR IMMEDIATE DEPORTATION

Now comes the United States, by its attorneys, Michael J. Sullivan, United States Attorney, and Cynthia W. Lie, Assistant U.S. Attorney, and hereby opposes defendant's Motion for Immediate Deportation. Grande was sentenced to 40 months for his participation in a drug money laundering conspiracy pursuant to 18 USC 1956 (h) and for engaging in monetary transactions in property derived from illegal monies pursuant to 18 USC 1957. These are serious drug money laundering convictions. Grande's citation of the Immigration and Nationality Act and the Aliens Deportation Improvements Act, provides no basis for his deportation prior to serving this sentence. While in some circumstances the Attorney General may authorize the deportation of a defendant prior to completion of a sentence, this is not the case here. The defendant should properly serve his sentence prior to his deportation pursuant to 8 USC § 1231.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

```
                    By: /s/ Cynthia W. Lie
                        CYNTHIA W. LIE
                        SUZANNE M. SULLIVAN
                        Assistant U.S. Attorneys
```

Dated: March 23, 2006

Certificate of Service

    I, Cynthia Lie, certify that I caused a copy of this Motion to be served by first class mail Julio Daniel Grande, P.O. Box 100, S. Walpole, MA 02071

```
                    By: /s/ Cynthia W. Lie
                        Cynthia W. Lie
                        Assistant U.S. Attorney
```

March 23, 2006