## *UNITED STATES DISTRICT COURT*
## *DISTRICT OF MASSACHUSETTS*

USDC Docket Number : 03-cr-10331

United States of America

v.

Julio Daniel Grande

### **CLERK'S CERTIFICATE**

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered: 1-20, 26, 27, 30, 31, 35, 36, 38-42, 44, 47, 49-69, 71-73, 78-97, 99-126, 128-132, 134 & exhibit 17

and contained in Volume(s)    are the original or electronically filed  pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on  3/9/2006.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on March 29, 2006.

Sarah A Thornton, Clerk of Court

By:

Deputy Clerk

Receipt of the documents in the above entitled, case is hereby acknowledged this date: 3/30/06.

Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06