APPEAL, INTERP, MAG

# United States District Court
# District of Massachusetts (Boston)
# CRIMINAL DOCKET FOR CASE #: 1:03-cr-10331-RGS-ALL

Case title: USA v. Patino

Date Filed: 10/24/2003

Magistrate judge case number: 1:03-mj-00886-MBB

Assigned to: Judge Richard G. Stearns

## Defendant

**Oscar Patino** (1)
*also known as*
Oscar Patino-Bueno (1)

represented by **Michael J. Liston**
2 Park Plaza
Suite 610
Boston, MA 02116
617-426-2281
Fax: 617-426-2448
Email: m.liston@verizon.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

I hereby certify on 3/29/2006 that the foregoing document is a true and correct copy of the electronic docket in the captioned case; electronically filed original filed on 3/29/2006; original filed in my office on 3/29/2006
Sarah A. Thornton
Clerk, U.S. District Court
District of Massachusetts
By:

## Pending Counts

None

## Disposition

## Highest Offense Level (Opening)

None

## Terminated Counts

18:1956 Conspiracy to Commit
MONEY LAUNDERING
(1)

## Disposition

One year and One day to be
served. Supervised Release for 2
years with Special Conditions.
Total Special Assessment of
$700.00.

18:1957 Engaging in Monetary
Transactions in Property Derived
from Specified Unlawful Activity
(18:2 Aiding and Abetting)
(2-6)

31:5324 STRUCTURING
CURRENCY TRANSACTIONS
(7)

One year and One day to be
served, concurrent with Count 1.
Supervised Release for 2 years,
concurrent with Count 1.

One year and One day to be
served, concurrent with Count 1
and Counts 2-6. Supervised
Release for 2 years, concurrent
with Count 1 and Counts 2-6.

## Highest Offense Level
## (Terminated)

Felony

## Complaints

## Disposition

31:5324.F-KNOWINGLY AND
INTENTIONALLY
STRUCTURE AND ASSIST IN
STRUCTURING
TRANSACTIONS WITH ONE
OR MORE DOMESTIC
FINANCIAL INSTITUTIONS.

Assigned to: Judge Richard G.
Stearns

## Defendant

**Claudia Navarro** (2)
*also known as*
Claudia Navarro-Montero (2)

represented by **Joseph S. Oteri**
Oteri, Weinberg & Lawson
Suite 905
Statler Building
20 Park Plaza
Suite 905
Boston, MA 02116
617-227-3700
Fax: 617-338-9538
Email: lroseowl@att.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

## Defendant

**Ivan Velez** (3)                    represented by   **Percy Martinez**
The Alhambra
2 Alhambra Plaza
Suite 801
Coral Gables, FL 33134
305-529-0001
Fax: 305-448-0554
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

### Pending Counts

18:1956(h) Conspiracy to Commit
Money Laundering
(1)
18:1956 F (h)-CONSPIRACY TO
COMMIT MONEY
LAUNDERING
(1s)

### Disposition

### Highest Offense Level
### (Opening)

Felony

### Terminated Counts

None

### Disposition

### Highest Offense Level
### (Terminated)

None

### Complaints

None

### Disposition

Assigned to: Judge Richard G.
Stearns



## Defendant

**Julio Daniel Grande** (4)
*TERMINATED: 02/13/2006*

represented by **Miriam Conrad**
Federal Defender's Office
Williams Coast Guard Building
408 Atlantic Ave.
Third Floor
Boston, MA 02210
617-223-8061
Fax: 617-223-8080
Email: miriam_conrad@fd.org
*TERMINATED: 05/16/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or*
*Community Defender*
*Appointment*

**Oscar Cruz, Jr.**
Federal Defender's Office
District of Massachusetts
408 Atlantic Ave.
Third Floor
Suite 328
Boston, MA 02210
617-223-8061
Fax: 617-223-8080
Email: oscar_cruz@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or*
*Community Defender*
*Appointment*

**Page Kelley**
Federal Defenders
408 Atlantic Avenue
Boston, MA 02210
617-223-8061
Fax: 617-223-8080
Email: page_kelley@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or*

*Community Defender*
*Appointment*

## Pending Counts

18:1956 F (h)-CONSPIRACY TO
COMMIT MONEY
LAUNDERING
(1)

18:1957-ENGAGING IN
MONETARY TRANSACTIONS
IN PROPERTY DERIVED
FROM SPECIFIED
UNLAWFUL ACTIVITY;18
USC 2-AIDING AND
ABETTING
(2)

## Disposition

40 months to be served.
Supervised Release for 2 years,
with Special Conditions. Special
Assessment of $100.00.


40 months to be served,
concurrent with Count 1ss.
Supervised Release for 2 years,
concurrent with Count 1ss.
Special Assessment of $100.00.

## Highest Offense Level (Opening)

Felony

## Terminated Counts

None

## Disposition

## Highest Offense Level (Terminated)

None

## Complaints

None

## Disposition

---

## Plaintiff

**USA**

represented by **Cynthia W. Lie**
United States Attorney's Office
John Joseph Moakley Federal
Courthouse
1 Courthouse Way
Suite 9200

Boston, MA 02210
617-748-3183
Email: cynthia.lie@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Suzanne M. Sullivan**
United States Attorney's Office
1 Courthouse Way
Suite 9200
Boston, MA 02210
617-748-3146
Fax: 617-748-3951
Email:
suzanne.sullivan@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 08/06/2003 | 1 | SEALED COMPLAINT as to Oscar Patino (1). (Diskes, Sheila)[1:03-mj-00886-MBB] (Entered: 08/12/2003) |
| 08/06/2003 | 2 | Arrest Warrant Issued as to Oscar Patino. (Diskes, Sheila) [1:03-mj-00886-MBB] (Entered: 08/12/2003) |
| 08/06/2003 | 3 | MOTION to Seal Case as to Oscar Patino by USA. (Diskes, Sheila)[1:03-mj-00886-MBB] (Entered: 08/12/2003) |
| 08/06/2003 | | Judge Marianne B. Bowler : Electronic ORDER entered granting [3] Motion to Seal Case as to Oscar Patino (1) (Diskes, Sheila)[1:03-mj-00886-MBB] (Entered: 08/12/2003) |
| 08/07/2003 | 4 | Appearance Bond Entered as to Oscar Patino in amount of $ 250,000, property. (Diskes, Sheila)[1:03-mj-00886-MBB] (Entered: 08/12/2003) |
| 08/07/2003 | 5 | Judge Marianne B. Bowler : ORDER entered ORDER Setting Conditions of Release as to Oscar Patino (1) The defendant promises to appear at all proceedings; the defendant executes as secured bond in the amount of $250,000(Property)abide by the follo[1:03wing restrictions on place of abode district of Massachusetts. refrain from possessing firearm etc. refrain from excessive use of alcohol; refrain from unlawful possesion of a narcotice drug and controlled substances; surrender passport to Pretrial. [1:03obtain no passport. electronic |

| | | |
|---|---|---|
| | | monitoring; exceptions; meeting with counsel;PTS; notify PTS of any arrest within 24 hours. (Diskes, Sheila)[1:03-mj-00886-MBB] (Entered: 08/12/2003) |
| 08/08/2003 | ⊘9 | Clerk's Notes for proceedings held before Judge Marianne B. Bowler :Bond Hearing as to Oscar Patino held on 8/8/2003 ; defendant ordered detained pending th PC hearing and or other conditions pertaining to secured bond. (Tape #2003-55.) (Diskes[1:03, Sheila)[1:03-mj-00886-MBB] (Entered: 09/03/2003) |
| 08/08/2003 | ⊘10 | NOTICE OF ATTORNEY APPEARANCE: Michael J. Liston appearing for Oscar Patino (Diskes, Sheila)[1:03-mj-00886-MBB] (Entered: 09/03/2003) |
| 08/08/2003 | ⊘11 | CJA 23 Financial Affidavit by Oscar Patino (Diskes, Sheila) [1:03-mj-00886-MBB] (Entered: 09/03/2003) |
| 08/08/2003 | ⊘ | Arrest Warrant Issued as to Oscar Patino. (Diskes, Sheila) [1:03-mj-00886-MBB] (Entered: 09/03/2003) |
| 08/14/2003 | ⊘6 | Clerk's Notes for proceedings held before Judge Joyce London Alexander :Bond Hearing as to Oscar Patino held on 8/14/2003, Preliminary Examination as to Oscar Patino held on 8/14/2003 Bond Hearing set for 8/21/2003 03:30 PM before Joyce London[1:03 Alexander. Preliminary Examination set for 8/21/2003 03:30 PM before Joyce London Alexander.;The defendant was not present in that the parties were not preparde to go forward on a bail hearing. upon motion of the defendant and dwithout opposition fr[1:03om the government the court continues the matter for preliminary examination and bail hearing (Diskes, Sheila)[1:03-mj-00886-MBB] (Entered: 08/26/2003) |
| 08/21/2003 | ⊘7 | Clerk's Notes for proceedings held before Judge Joyce London Alexander :Preliminary Examination as to Oscar Patino held on 8/21/2003 ;In that conditions of release have not yet been fashioned, the court orders that defendant shall be remanded t [1:03o the custody of the Marshal. Pre-Trial Services will notidy the clerk for Judge Alexander whether conditions of release have been met on Monday, August 25, 2003. The defendant waives the preliminary examination in open court. The court allows the mo[1:03tion (Tape #2003-16.) (Diskes, Sheila)[1:03-mj-00886-MBB] (Entered: 08/26/2003) |
| 08/21/2003 | ⊘8 | WAIVER of Preliminary Examination or Hearing by Oscar |

| | | Patino (Diskes, Sheila)[1:03-mj-00886-MBB] (Entered: 08/26/2003) |
|---|---|---|
| 09/06/2003 | 12 | Arrest Warrant Returned Executed on 8/7/2003. as to Oscar Patino. (Diskes, Sheila)[1:03-mj-00886-MBB] (Entered: 09/15/2003) |
| 10/24/2003 | 13 | SEALED INDICTMENT as to Oscar Patino (1) count(s) 1, 2-6, 7, Claudia Navarro (2) count(s) 1, 2-6. (Gawlik, Cathy) Additional attachment(s) added on 9/3/2004 (Costello, Helen). Modified on 9/3/2004 to delete wrong attachment. (Costello, Helen). (Entered: 10/30/2003) |
| 10/24/2003 | 14 | MOTION to Seal Case as to Oscar Patino, Claudia Navarro by USA. (Gawlik, Cathy) (Entered: 10/30/2003) |
| 10/24/2003 | ❏ | Arrest Warrant Issued as to Claudia Navarro. (Gawlik, Cathy) (Entered: 10/30/2003) |
| 10/24/2003 | ❏ | Judge Richard G. Stearns : ORDER entered ORDER REFERRING CASE to Magistrate Judge Marianne B. Bowler Reason for referral: pretrial proceedings as to Oscar Patino, Claudia Navarro (Gawlik, Cathy) (Entered: 10/30/2003) |
| 10/30/2003 | ❏ | Judge Judith G. Dein : ORDER entered granting 14 Motion to Seal Case as to Oscar Patino (1), Claudia Navarro (2) (Gawlik, Cathy) (Entered: 10/30/2003) |
| 11/10/2003 | 15 | NOTICE OF HEARING as to Oscar Patino Arraignment set for 11/18/2003 02:45 PM in Courtroom 25 before Magistrate Judge Marianne B. Bowler. (Diskes, Sheila) (Entered: 11/10/2003) |
| 11/18/2003 | 16 | Clerk's Notes for proceedings held before Magistrate Judge Robert B. Collings (for MJ Bowler) : Defendant waives reading of Indictment. Arraignment as to Oscar Patino (1) Count 1,2-6,7 held on 11/18/2003 - Defendant pleads not guilty to all counts. Intial Status Conference scheduled before MJ Bowler on January 12, 2004 at 2:30 pm (Tape #CD: 2:30 pm.) (Cummings, Mary) (Entered: 11/21/2003) |
| 11/18/2003 | ❏ | Set/Reset Hearings as to Oscar Patino : Initial Status Conference set for 1/12/2004 02:30 PM in Courtroom 25 before Magistrate Judge Marianne B. Bowler. (Cummings, Mary) (Entered: 11/21/2003) |
| 12/04/2003 | ❏ | Oral MOTION for Temporary custody as to Oscar Patino by |

| | | |
|---|---|---|
| | | USA. (Diskes, Sheila) (Entered: 12/04/2003) |
| 12/04/2003 | ☉17 | Clerk's Notes for proceedings held before Judge Marianne B. Bowler :Motion Hearing as to Oscar Patino held on 12/4/2003 re governments oral MOTION for temporary custody of defendant to be placed in custody of the case agent; electronic monitoring; court orders temporary custody to agent from 0 hundred hours 12/6/03 to Monday at close of business 12/8/03 (Court Reporter digital.) (Diskes, Sheila) (Entered: 12/04/2003) |
| 12/08/2003 | ☉18 | Clerk's Notes for proceedings held before Judge Lawrence P. Cohen :Initial Appearance as to Claudia Navarro held on 12/8/2003. Detention/arraignment set for 12/11/2003 at 11:00 a.m.. (Tape #Digital Record.) (Smith3, Dianne) (Entered: 12/09/2003) |
| 12/08/2003 | ☉ | Set Hearings as to Claudia Navarro : Arraignment set for 12/11/2003 11:00 AM before Magistrate Judge Lawrence P. Cohen. Detention Hearing set for 12/11/2003 11:00 AM before Magistrate Judge Lawrence P. Cohen. (Smith3, Dianne) (Entered: 12/09/2003) |
| 12/08/2003 | ☉19 | CJA 23 Financial Affidavit by Claudia Navarro (Smith3, Dianne) (Entered: 12/09/2003) |
| 12/11/2003 | ☉ | Electronic Clerk's Notes for proceedings held before Judge Marianne B. Bowler :Arraignment held on 12/11/2003, Defendant pleads not guilty to counts 1-6. Detention Hearing as to Claudia Navarro held on 12/11/2003. Defendant consents to voluntary detention. Status Conference set for 2/2/2004 02:30 PM before Magistrate Judge Marianne B. Bowler. (Tape #Digital Recording.) (Hurley, Virginia) (Entered: 12/23/2003) |
| 12/12/2003 | ☉ | Arrest Warrant Returned Executed on 12/8/03. as to Claudia Navarro. (Smith3, Dianne) (Entered: 01/09/2004) |
| 12/15/2003 | ☉20 | Judge Marianne B. Bowler : ORDER entered ORDER OF TEMPORARY DETENTION as to Claudia Navarro (Hurley, Virginia) (Entered: 12/23/2003) |
| 01/05/2004 | ☉21 | ASSENTED TO MOTION FOR CHANGE OF PLEA as to Oscar Patino by USA. (Smith3, Dianne) (Entered: 01/06/2004) |
| 01/06/2004 | ☉ | Judge Marianne B. Bowler : Endorsement on motion ORDER entered granting [21] Motion for change of plea as to Oscar Patino (1) (Smith3, Dianne) (Entered: 01/06/2004) |

| 01/12/2004 | ⊙22 | ASSENTED TO MOTION for Extension of Time to 1/26/04 to File statement of facts to probation as to Oscar Patino by USA. (Smith3, Dianne) (Entered: 01/13/2004) |
| 01/12/2004 | ⊙ | Judge Richard G. Stearns : Endorsement on motion ORDER entered granting [22] Motion for Extension of Time to File as to Oscar Patino (1) (Smith3, Dianne) (Entered: 01/13/2004) |
| 01/12/2004 | ⊙23 | PLEA AGREEMENT as to Oscar Patino (Smith3, Dianne) (Entered: 01/13/2004) |
| 01/12/2004 | ⊙25 | Electronic Clerk's Notes for proceedings held before Judge Richard G. Stearns :Change of Plea Hearing as to Oscar Patino held on 1/12/2004. Dft. appeared with cousel before Judge Stearns for a Change of plea hearing. Atty Liston appeared on behalf of the dft. AUSA Lie was present for the gov't. Gov. files Plea Agreement in open court under seal. Dft. sworn. After hearing, dft. pleads guilty to c9ounts 1 through 7 of the indictment, and guilty pleas are accepted by the court. Sentencing is scheduled for April 7,2004 at 2:30 p.m.. Atty. Liston requests court to modify conditions of bail as set by the Magistrate Judge to allow the dft. to work and travel to New Hampshire while on electronic monitoring. The court instructs Atty. Liston to file a written motion and the gov. will have 14 days to respond. Adjourn at 3:45 p.m. (Court Reporter Lee Marzilli.) (Smith3, Dianne) (Entered: 01/13/2004) |
| 01/13/2004 | ⊙24 | Judge Richard G. Stearns : ORDER entered PROCEDURAL ORDER re sentencing hearing as to Oscar Patino Sentencing set for 4/7/2004 02:30 PM in Courtroom 21 before Judge Richard G. Stearns. (Smith3, Dianne) (Entered: 01/13/2004) |
| 01/15/2004 | ⊙26 | MOTION of Defendant Oscar Patino to Modify Conditions of his Pretrial Release to Permit Him to Work. (Cummings, Mary) (Entered: 01/29/2004) |
| 01/28/2004 | ⊙ | Judge Richard G. Stearns : Electronic ORDER entered granting 26 Motion to Modify Conditions of Release as to Oscar Patino. See separate order entered this date. (Cummings, Mary) (Entered: 01/29/2004) |
| 01/28/2004 | ⊙27 | Judge Richard G. Stearns : ORDER entered Modifying Conditions of Release as to Oscar Patino (Cummings, Mary) (Entered: 01/29/2004) |
| 01/30/2004 | ⊙30 | JOINT STATUS REPORT by USA, Claudia Navarro as to |

| | | Claudia Navarro (Smith3, Dianne) (Entered: 02/04/2004) |
|---|---|---|
| 02/02/2004 | ●28 | NOTICE OF ATTORNEY APPEARANCE: Joseph S. Oteri appearing for Claudia Navarro (Smith3, Dianne) (Entered: 02/04/2004) |
| 02/02/2004 | ●29 | MOTION to Seal as to Claudia Navarro . (Smith3, Dianne) (Entered: 02/04/2004) |
| 02/02/2004 | ●31 | Clerk's Notes for proceedings held before Judge Marianne B. Bowler :Initial Status Conference as to Claudia Navarro held on 2/2/2004 Interim Status Conference set for 3/5/2004 02:30 PM before Magistrate Judge Marianne B. Bowler...Defense counsel informs the court of the filing of a notice of appearance by retained counsel Joseph Oteri...Parties agree to exclude the time from today until 3/5/04...Govt. to file an assented to motion... (Tape #Digital.) (Catino3, Theresa) (Entered: 02/04/2004) |
| 02/04/2004 | ●32 | ASSENTED TO MOTION for an Order of Excludable Delay as to Claudia Navarro by USA. (Smith3, Dianne) (Entered: 02/05/2004) |
| 02/06/2004 | ●33 | MOTION to Withdraw as Attorney by Victoria Bonilla. as to Claudia Navarro . (Smith3, Dianne) (Entered: 02/09/2004) |
| 02/06/2004 | ● | Judge Richard G. Stearns : endorsement on motion ORDER entered granting [29] Motion to Seal as to Claudia Navarro (2) (Smith3, Dianne) (Entered: 02/09/2004) |
| 02/06/2004 | ●34 | Judge Richard G. Stearns : ORDER entered ORDER ON EXCLUDABLE DELAY as to Claudia Navarro Time excluded from January 30, 2004 until March 5, 2004. (Smith3, Dianne) (Entered: 02/13/2004) |
| 02/20/2004 | ● | Judge Richard G. Stearns : Endorsement on motion ORDER entered granting [33] Motion to Withdraw as Attorney. as to Claudia Navarro (2) (Smith3, Dianne) (Entered: 02/24/2004) |
| 03/05/2004 | ●38 | ASSENTED TO MOTION for Order of Excludable Delay as to Claudia Navarro by USA. (Smith3, Dianne) (Entered: 03/18/2004) |
| 03/05/2004 | ●39 | FINAL STATUS CONFERENCE REPORT by USA, Claudia Navarro as to Claudia Navarro (Smith3, Dianne) (Entered: 03/18/2004) |
| 03/11/2004 | ●35 | SEALED SUPERSEDING INDICTMENT as to Claudia |

| | | Navarro (2) count(s) 1s, 2s-6s, Velez Velez (3) count(s) 1. (Gawlik, Cathy) (Entered: 03/12/2004) |
|---|---|---|
| 03/12/2004 | | Arrest Warrant Issued as to Velez Velez. (Gawlik, Cathy) (Entered: 03/12/2004) |
| 03/12/2004 | | Judge Richard G. Stearns : ORDER entered ORDER REFERRING CASE to Magistrate Judge Marianne B. Bowler Reason for referral: pretrial proceedings re: Superseding Indictment as to Velez Velez, Claudia Navarro (Gawlik, Cathy) (Entered: 03/12/2004) |
| 03/12/2004 | 36 | MOTION to Seal as to Velez Velez, Claudia Navarro by USA. (Gawlik, Cathy) (Entered: 03/12/2004) |
| 03/12/2004 | | Judge Judith G. Dein : ORDER entered granting 36 Motion to Seal as to Claudia Navarro (2), Velez Velez (3) (Gawlik, Cathy) (Entered: 03/12/2004) |
| 03/12/2004 | 37 | ASSENTED TO MOTION to Continue sentencing for 90 daysas to Oscar Patino by USA. (Smith3, Dianne) (Entered: 03/18/2004) |
| 03/14/2004 | | Judge Richard G. Stearns : Endorsement on motion ORDER entered granting [38] Motion for Order as to Claudia Navarro (2) (Smith3, Dianne) (Entered: 03/18/2004) |
| 03/15/2004 | | Judge Richard G. Stearns : endorsement on motion ORDER entered granting [37] Motion to Continue as to Oscar Patino (1)Sentencing is re-scheduled to Wed. August 11, 2004 at 2:30 p.m. (Smith3, Dianne) (Entered: 03/18/2004) |
| 03/15/2004 | | Reset Hearing as to Oscar Patino : Sentencing set for 8/11/2004 02:30 PM before Judge Richard G. Stearns. (Smith3, Dianne) (Entered: 03/18/2004) |
| 03/23/2004 | 40 | NOTICE OF HEARING as to Claudia Navarro Arraignment set for 3/29/2004 03:15 PM in Courtroom 25 before Magistrate Judge Marianne B. Bowler. Final Status Conference set for 3/29/2004 03:15 PM in Courtroom 25 before Magistrate Judge Marianne B. Bowler. (Smith3, Dianne) (Entered: 03/23/2004) |
| 03/29/2004 | 41 | Clerk's Notes for proceedings held before Judge Marianne B. Bowler :Arraignment as to Claudia Navarro (2) Count 1s,2s-6s held on 3/29/2004. Dft. is arraigned on superseding indictment; dft. pleads not guilty; parties ask that the case be sent to the district court for a change of plea; court to issue |

| | | |
|---|---|---|
| | | final status report forthwith. (Tape #Digital.) (Smith3, Dianne) (Entered: 03/29/2004) |
| 03/30/2004 | 42 | Judge Marianne B. Bowler : ORDER entered FINAL STATUS REPORT as to Claudia Navarro (Smith3, Dianne) (Entered: 03/31/2004) |
| 04/06/2004 | ❑ | Arrest of Ivan Velez in Southern District of Florida. (Smith3, Dianne) (Entered: 04/28/2004) |
| 04/13/2004 | 43 | ASSENTED TO MOTION for Excludable Delay from April 9, 2004 to until the Rule 11 date that has yet to be scheduled as to Claudia Navarro by USA. (Smith3, Dianne) (Entered: 04/22/2004) |
| 04/15/2004 | ❑ | Judge Richard G. Stearns : Endorsement on motion ORDER entered granting [43] Motion to Exclude as to Claudia Navarro (2) (Smith3, Dianne) (Entered: 04/22/2004) |
| 04/22/2004 | 45 | Rule 5 Documents Received as to Ivan Velez (Smith3, Dianne) (Entered: 04/28/2004) |
| 04/25/2004 | 44 | NOTICE OF HEARING as to Velez Velez Arraignment set for 5/6/2004 02:30 PM in Courtroom 25 before Magistrate Judge Marianne B. Bowler. (Smith3, Dianne) (Entered: 04/27/2004) |
| 05/03/2004 | 54 | NOTICE OF ATTORNEY APPEARANCE: Percy Martinez appearing for Ivan Velez. (Johnson, Mary) (Entered: 07/26/2004) |
| 05/06/2004 | 46 | Clerk's Notes for proceedings held before Judge Marianne B. Bowler :Arraignment as to Ivan Velez (3) Count 1 held on 5/6/2004. Dft. arraigned; Govt. anticipates 6 witnesses and the length of the trial to last one week; initial status conference set for June 29, 2004 at 2:30 p.m. (Tape #Digital.) (Smith3, Dianne) (Entered: 05/12/2004) |
| 05/06/2004 | ❑ | Set Hearings as to Ivan Velez : Status Conference set for 6/29/2004 02:30 PM before Magistrate Judge Marianne B. Bowler. (Smith3, Dianne) (Entered: 05/12/2004) |
| 05/06/2004 | ❑ | Clerk's Notes for proceedings held before Judge Marianne B. Bowler :Initial Appearance as to Ivan Velez held on 5/6/2004 Please note...this event was entered to correct statistical error. (Catino2, Theresa) (Entered: 06/04/2004) |
| 05/12/2004 | 47 | MOTION to Modify Conditions of Release as to Oscar Patino . (Smith3, Dianne) (Entered: 05/18/2004) |



| 05/14/2004 | ❏48 | FILING FEE PAID $ 50.00 regarding Pro Hac as to Ivan Velez (Smith3, Dianne) (Entered: 05/18/2004) |
| 05/19/2004 | ❏49 | Government's MOTION to Unseal Indictment as to Oscar Patino, Claudia Navarro, Ivan Velez, FILED (Cummings, Mary) (Entered: 05/25/2004) |
| 05/19/2004 | ❏ | Electronic Clerk's Notes for proceedings held before Judge Richard G. Stearns :Change of Plea Hearing as to Claudia Navarro held on 5/19/2004. Spanish interpreter Michael Kagan sworn. AUSA Lie present for the Govt. Joseph Oteri, Esq., present for the deft. Deft. sworn. After hearing, deft. pleads guilty to Counts 1 through 6 of Indictment and guilty pleas are accepted by the Court. Sentencing is scheduled for August 25, 2004 at 3:00 P.M. Deft. remains in Federal custody. (Court Reporter James Gibbons.) (Johnson, Mary) Modified on 5/25/2004 (Johnson, Mary). (Entered: 05/25/2004) |
| 05/19/2004 | ❏50 | PLEA AGREEMENT as to Claudia Navarro filed in open Court. (Johnson, Mary) (Entered: 05/25/2004) |
| 05/19/2004 | ❏ | Electronic Clerk's Notes for proceedings held before Judge Richard G. Stearns :Plea entered by Claudia Navarro (2) Guilty Count 1,2-6. (Court Reporter James Gibbons.) (Johnson, Mary) (Entered: 07/26/2004) |
| 05/20/2004 | ❏ | Judge Marianne B. Bowler : electronic ORDER entered granting [47] Motion to Modify Conditions of Release as to Oscar Patino (1) (Bowler, Marianne) (Entered: 05/20/2004) |
| 05/25/2004 | ❏ | Judge Richard G. Stearns : ELECTRONIC ORDER entered granting 49 Motion to Unseal Indictment as to Oscar Patino (1), Claudia Navarro (2), Ivan Velez (3) (Cummings, Mary) (Entered: 05/25/2004) |
| 05/25/2004 | ❏51 | Judge Richard G. Stearns : ORDER entered.PROCEDURAL ORDER re sentencing hearing as to Claudia Navarro. Sentencing set for 8/25/2004 03:00 PM in Courtroom 21 before Judge Richard G. Stearns. (Johnson, Mary) (Entered: 05/25/2004) |
| 06/29/2004 | ❏ | Electronic Clerk's Notes for proceedings held before Judge Marianne B. Bowler :Initial Status Conference as to Ivan Velez held on 6/29/2004; Cynthia Lie for the govt.; Jim Duggan for the deft.; Parties to file joint status report; Parties request final status date of August 2, 2004; Final status set for |

| | | |
|---|---|---|
| | | August 2, 2004 at 2:45 PM; Parties agree to exclude the time from today through August 2, 2004 and the govt. will file an assented to motion. (Tape #Digital.) (Saccoccio, Dianalynn) (Entered: 06/29/2004) |
| 06/29/2004 | 52 | MOTION for Excludable Delay from 6/5/2004 to 6/28/2004, and from 6/29/2004 to 8/2/2004 as to Ivan Velez, filed by USA (assented-to).(Johnson, Mary) Modified on 6/30/2004 (Johnson, Mary). (Entered: 06/30/2004) |
| 06/29/2004 | 53 | JOINT MEMORANDUM(status report) of the parties re initial status conference by Ivan Velez (Flaherty, Elaine) (Entered: 07/06/2004) |
| 07/01/2004 | ● | Judge Marianne B. Bowler : electronic ORDER entered granting 52 Motion to Exclude as to Ivan Velez (3) (Bowler, Marianne) (Entered: 07/01/2004) |
| 07/27/2004 | 55 | NOTICE of Change of Address by Oscar Patino (Liston, Michael) (Entered: 07/27/2004) |
| 07/27/2004 | 56 | MOTION to Modify Conditions of Release as to Oscar Patino. (Liston, Michael) (Entered: 07/27/2004) |
| 07/28/2004 | 57 | MOTION to Continue to 120 days to continue sentencing as to Oscar Patino by USA. (Flaherty, Elaine) (Entered: 07/29/2004) |
| 07/29/2004 | ● | Judge Marianne B. Bowler : electronic ORDER entered granting 56 Motion to Modify Conditions of Release as to Oscar Patino (1) (Bowler, Marianne) (Entered: 07/29/2004) |
| 07/30/2004 | ● | Judge Richard G. Stearns : Electronic ORDER entered granting 57 Motion to Continue as to Oscar Patino (1). Sentencing is re-scheduled to Wed., December 15, 2004 at 3:15 P.M. (Johnson, Mary) Modified on 8/2/2004 (Johnson, Mary). (Entered: 08/02/2004) |
| 08/02/2004 | ● | Electronic Clerk's Notes for proceedings held before Judge Marianne B. Bowler :Status Conference as to Ivan Velez held on 8/2/2004; Cynthia Lie for the govt.; James Duggan for the deft.; Parties request that the case for this deft. be returned to the district court for trial; Court will enter a final report and return the case forthwith. (Tape #Digital.) (Saccoccio, Dianalynn) (Entered: 08/02/2004) |
| 08/02/2004 | 58 | Judge Marianne B. Bowler : ORDER entered REPORT AND ORDER on Final Status Conference as to Ivan Velez |

| | | |
|---|---|---|
| | | (Saccoccio, Dianalynn) (Entered: 08/02/2004) |
| 08/02/2004 | ❸ | Judge update in case as to Ivan Velez. Judge Marianne B. Bowler no longer assigned to case. (Saccoccio, Dianalynn) (Entered: 08/02/2004) |
| 08/02/2004 | ❹59 | STATUS REPORT by Ivan Velez, USA (Flaherty, Elaine) (Entered: 08/04/2004) |
| 08/11/2004 | ❹60 | Assented to MOTION to Continue *Sentencing* as to Claudia Navarro by USA. (Lie, Cynthia) (Entered: 08/11/2004) |
| 08/13/2004 | ❸ | Judge Richard G. Stearns : Electronic ORDER entered granting [32] Motion for Order as to Claudia Navarro (2); granting 60 Motion to Continue as to Claudia Navarro (2). "Sentencing is re-scheduled to JANUARY 12, 2005 AT 2:30 P.M." (Johnson, Mary) Modified on 8/13/2004 (Johnson, Mary). (Entered: 08/13/2004) |
| 08/24/2004 | ❸ | Electronic Clerk's Notes for proceedings held before Judge Richard G. Stearns : Status Conference as to Ivan Velez held on 8/24/2004. AUSA Liepresent for the Govt. Atty. James Duggan present for the deft. Court sets trial date of November 15, 2004 at 9:00 A.M. Trial estimate: one week. Speedy trial waived by deft. Court excludes time from 8-24-04 to 11-15-04. (Court Reporter James Gibbons.) (Johnson, Mary) Modified on 8/24/2004 (Johnson, Mary). (Entered: 08/24/2004) |
| 08/24/2004 | ❸ | Judge Richard G. Stearns : Oral ORDER entered on the record at Status Conference held this date. ORDER ON EXCLUDABLE DELAY as to Ivan Velez. Time excluded from 8/24/2004 until 11/15/2004. (Johnson, Mary) Modified on 8/24/2004 (Johnson, Mary). (Entered: 08/24/2004) |
| 08/26/2004 | ❹61 | Judge Richard G. Stearns : ORDER entered.PRETRIAL ORDER as to Ivan Velez. Jury Trial set for 11/15/2004 09:00 AM in Courtroom 21 before Judge Richard G. Stearns. Pretrial Conference set for 11/10/2004 03:15 PM in Courtroom 21 before Judge Richard G. Stearns. (Johnson, Mary) (Entered: 08/27/2004) |
| 09/02/2004 | ❹62 | SECOND SUPERSEDING INDICTMENT as to Ivan Velez (3) count(s) 1s, Julio Daniel Grande (4) count(s) 1, 2. (Diskes, Sheila) (Entered: 09/03/2004) |
| 09/02/2004 | ❹63 | Judge Richard G. Stearns : ORDER entered ORDER REFERRING CASE to Magistrate Judge Marianne B. Bowler |

| | | Reason for referral: PRETRIAL as to Ivan Velez, Julio Daniel Grande (Diskes, Sheila) (Entered: 09/03/2004) |
|---|---|---|
| 09/14/2004 | 64 | NOTICE OF HEARING as to Ivan Velez and Julio Daniel Grande Arraignment on the Superseding Indictment set for 9/23/2004 at 2:30 PM in Courtroom 25 before Magistrate Judge Marianne B. Bowler. (Saccoccio, Dianalynn) (Entered: 09/14/2004) |
| 09/23/2004 | ❍ | Electronic Clerk's Notes for proceedings held before Judge Marianne B. Bowler :Arraignment as to Julio Daniel Grande (4) Counts 1 and 2 held on 9/23/2004; Cynthia Lie for the govt. and Miriam Conrad for the deft.; Counsel for the deft. addresses the court regarding the previous hearing in which the deft. would waive his appearance at the arraignment should he be indicted; counsel enters a plea of not guilty on his behalf; Court accepts plea and sets initial status conference for November 4, 2004 at 10:00 AM. (Tape #Digital.) (Saccoccio, Dianalynn) (Entered: 09/23/2004) |
| 09/24/2004 | 65 | MOTION to Continue hearing to 10/8/04 as to Ivan Velez, filed . (Flaherty, Elaine) (Entered: 09/27/2004) |
| 09/27/2004 | ❍ | Judge Marianne B. Bowler: Electronic ORDER entered granting 65 Motion to Continue as to Ivan Velez (3), the arraignment is continued until October 8, 2004 at 2:15 p.m. (Bowler, Marianne) (Entered: 09/27/2004) |
| 10/07/2004 | 66 | MOTION to Continue to 10/18/04 to continue arraignment as to Ivan Velez . (Flaherty, Elaine) (Entered: 10/12/2004) |
| 10/12/2004 | ❍ | Judge Marianne B. Bowler: Electronic ORDER entered granting 66 Motion to Continue as to Ivan Velez(3). The arraignment is continued until Octiber 18, 2004 at 2:30 p.m. (Bowler, Marianne) (Entered: 10/12/2004) |
| 10/12/2004 | ❍ | Set/Reset Hearings as to Julio Daniel Grande: Initial status conference reset for 11/4/2004 at 2:15 PM in Courtroom 25 before Magistrate Judge Marianne B. Bowler. PLEASE NOTE: TIME CHANGE ONLY (Saccoccio, Dianalynn) (Entered: 10/12/2004) |
| 10/18/2004 | ❍ | Electronic Clerk's Notes for proceedings held before Magistrate Judge Marianne B. Bowler:Arraignment on the superseding indictment as to Ivan Velez (3) count 1s held on 10/18/2004; Cynthia Lie for the govt.; James Duggan for the |

| | | |
|---|---|---|
| | | deft.; Counsel for the deft. notes that deft. is not present as the court granted the motion to waive the deft.'s appearance for this proceeding; The court enters a plea of not guilty on behalf of the deft.; Parties inform the court that the case is before the district court to be scheduled for trial. (Tape #Digital.) (Saccoccio, Dianalynn) (Entered: 10/19/2004) |
| 10/19/2004 | 67 | MOTION to Continue Trial and for Order of Excludable Delay as to Ivan Velez filed by USA (assented-to).(Johnson, Mary) (Entered: 10/22/2004) |
| 10/21/2004 | 68 | Response of United States to Uniform Order of Automatic Discovery as to Ivan Velez, Julio Daniel Grande : (Flaherty, Elaine) (Entered: 10/22/2004) |
| 10/22/2004 | ◔ | Judge Richard G. Stearns : Electronic ORDER entered granting 67 Motion to Continue as to Ivan Velez (3). Trial isre-scheduled to FEBRUARY 14, 2005 AT 9:00 A.M.Time excluded from 10-22-04 to 2-14-05. (Johnson, Mary) (Entered: 10/25/2004) |
| 10/22/2004 | ◔ | Judge Richard G. Stearns : ORAL ORDER entered.ORDER ON EXCLUDABLE DELAY as to Ivan Velez. Time excluded from 10/22/2004 until 2/15/2005. (Johnson, Mary) (Entered: 10/25/2004) |
| 11/04/2004 | ◔ | Electronic Clerk's Notes for proceedings held before Magistrate Judge Marianne B. Bowler:Initial status conference for Julio Daniel Grande held on 11/4/2004; Cynthia Lie for the govt. and Miriam Conrad for the deft.; Counsel for the deft. requests additional time and the govt. is amenable; Court sets interim status for 12/20/2004 at 10:45 AM; Parties agree to exclude the time from today to 12/20/2004 and the govt. will file an assented to motion. (Tape #Digital.) (Saccoccio, Dianalynn) (Entered: 11/05/2004) |
| 11/05/2004 | 69 | Assented to MOTION to Exclude *Time* as to Julio Daniel Grande by USA. (Lie, Cynthia) (Entered: 11/05/2004) |
| 11/08/2004 | ◔ | Judge Marianne B. Bowler: Electronic ORDER entered granting 69 Motion to Exclude as to Julio Daniel Grande(4). (Bowler, Marianne) (Entered: 11/08/2004) |
| 11/19/2004 | ◔70 | TRANSCRIPT of Rule 11 Hearing as to Oscar Patino held on January 12, 2004 before Judge Stearns. Court Reporter: Lee A. Marzilli. The original transcripts are maintained in the case file |

| | | in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/345-6787 or the Clerk's Office. (Scalfani, Deborah) (Entered: 11/19/2004) |
|---|---|---|
| 12/07/2004 | ◑71 | Assented to MOTION to Continue *Sentencing* as to Oscar Patino by USA. (Lie, Cynthia) (Entered: 12/07/2004) |
| 12/15/2004 | ◒ | Judge Richard G. Stearns : Electronic ORDER entered granting 71 Motion to Continue as to Oscar Patino (1). "Sentencing is re-scheduled to WEDNESDAY, APRIL 27, 2005 AT 2:30 P.M." (Johnson, Mary) Modified on 12/15/2004 (Johnson, Mary). (Entered: 12/15/2004) |
| 12/20/2004 | ◒ | Electronic Clerk's Notes for proceedings held before Magistrate Judge Marianne B. Bowler: Interimstatus conference for Julio Daniel Grande held on 12/20/2004; Cynthia Lie for the govt. and Miriam Conrad for the deft.; Counsel for the deft. asks for additional time and the govt. is amenable; Further status conference is set for 3/8/2005 at 10:30 AM; Parties agree to exclude the time from today to 3/8/2005 and the govt. will file an assented to motion. (Tape #Digital.) (Saccoccio, Dianalynn) (Entered: 12/20/2004) |
| 12/20/2004 | ◑72 | Assented to MOTION for Excludable Delay to as to Julio Daniel Grande by USA. (Lie, Cynthia) (Entered: 12/20/2004) |
| 12/21/2004 | ◒ | Judge Marianne B. Bowler: Electronic ORDER entered granting 72 Motion to Exclude as to Julio Daniel Grande(4). (Bowler, Marianne) (Entered: 12/21/2004) |
| 01/07/2005 | ◑73 | Assented to MOTION to Continue *Sentencing* as to Claudia Navarroby USA. (Lie, Cynthia) (Entered: 01/07/2005) |
| 01/10/2005 | ◒74 | MOTION to Impound by USA. (Cummings, Mary) (Entered: 01/12/2005) |
| 01/11/2005 | ◒76 | Judge Richard G. Stearns : SEALED DOCUMENT entered as to Ivan Velez. (Johnson, Mary) (Entered: 01/14/2005) |
| 01/12/2005 | ◒ | Judge Richard G. Stearns : ElectronicORDER entered granting 74 Motion to Impound. (Cummings, Mary) (Entered: 01/12/2005) |
| 01/12/2005 | ◒ | Judge Richard G. Stearns : Electronic ORDER entered granting 73 Motion to Continue as to Claudia Navarro (2). Sentencing is re-scheduled to JUNE 1, 2005 AT 2:30 P.M. (Johnson, Mary) Modified on 1/12/2005 (Johnson, Mary). |

| | | |
|---|---|---|
| | | (Entered: 01/12/2005) |
| 01/24/2005 | 78 | Assented to MOTION to Continue *and for Excludable Delay* as to Ivan Velezby USA. (Lie, Cynthia) (Entered: 01/24/2005) |
| 02/03/2005 | ○ | Judge Richard G. Stearns : Electronic ORDER entered granting 78 Motion to Continue as to Ivan Velez (3). "Trial iscontinued to June 6, 2005 at 9:00 a.m. Time excluded from 2-3-05to 6-6-05 in the interests of justice." (Johnson, Mary) (Entered: 02/04/2005) |
| 03/08/2005 | 79 | Assented to MOTION to Exclude *Time* as to Julio Daniel Grandeby USA. (Lie, Cynthia) (Entered: 03/08/2005) |
| 03/08/2005 | ○ | Electronic clerk's notes for proceedings held before Magistrate Judge Marianne B. Bowler: Further status conference for Julio Daniel Grande held on 3/8/2005; Cynthia Lie for the govt. and Miriam Conrad for the deft.; Counsel for the deft. requests additional time and the govt. is amenable; A further status conference is set for 5/3/2005 at 10:00 AM; Parties agree to exclude the time from today to 5/3/2005 and the govt. will file an assented to motion to exclude the time. (Tape #Digital.) (Saccoccio, Dianalynn) (Entered: 03/09/2005) |
| 03/09/2005 | ○ | Judge Marianne B. Bowler: Electronic ORDER entered granting 79 Motion to Exclude as to Julio Daniel Grande(4). (Bowler, Marianne) (Entered: 03/09/2005) |
| 03/22/2005 | 80 | MOTION substitute bond collateral as to Ivan Velez. (Flaherty, Elaine) (Entered: 03/23/2005) |
| 04/04/2005 | 81 | Assented to MOTION to Continue *Sentencing* as to Oscar Patinoby USA. (Lie, Cynthia) (Entered: 04/04/2005) |
| 04/05/2005 | ○ | Judge Richard G. Stearns : Electronic ORDER entered granting 80 Motion to Substitute Bond Collateral as to Ivan Velez (3). (Johnson, Mary) (Entered: 04/08/2005) |
| 04/05/2005 | 82 | Judge Richard G. Stearns : ORDER GRANTING STIPULATED MOTION TO SUBSTITUTEBOND COLLATERAL entered as to Ivan Velez. (Johnson, Mary) Modified on 4/13/2005 (Johnson, Mary). (Entered: 04/08/2005) |
| 04/05/2005 | 83 | Real Property Documents Filed with the Clerk's Office as to Ivan Velez for property located at 8325 N.W. 68 St., Miami, Florida 33166. Documents surrendered: located at Special |


| | | |
|---|---|---|
| | | Warranty Deed. (Johnson, Mary) (Entered: 04/08/2005) |
| 04/13/2005 | ❸ | Notice of correction to docket made by Court staff as to Ivan Velez.Order was not electronic. (Johnson, Mary) (Entered: 04/13/2005) |
| 04/19/2005 | ❸84 | NOTICE OF RESCHEDULED SENTENCING DATE as to Oscar Patinoentered. (Johnson, Mary) (Entered: 04/19/2005) |
| 04/20/2005 | ❸85 | Assented to MOTION to Continue *and for Excludable Delay* as to Julio Daniel Grandeby USA. (Lie, Cynthia) (Entered: 04/20/2005) |
| 04/20/2005 | ❸86 | Assented to MOTION to Continue *and for Excludable Delay* as to Ivan Velezby USA. (Lie, Cynthia) (Entered: 04/20/2005) |
| 04/21/2005 | ❸ | Judge Marianne B. Bowler: Electronic ORDER entered granting 85 Motion to Continue as to Julio Daniel Grande(4). (Bowler, Marianne) (Entered: 04/21/2005) |
| 04/21/2005 | ❸ | Set/Reset Hearings for Julio Daniel Grande: Further status conference reset for 5/25/2005 at 10:00 AM in Courtroom 25 before Magistrate Judge Marianne B. Bowler. (Saccoccio, Dianalynn) (Entered: 04/21/2005) |
| 04/22/2005 | ❸ | Electronic Notice of correction to docket made by Court staff. Attorney Michael Liston's e-mail address updated in all applicabe cases in the Court's database. (Hurley, Virginia) (Entered: 04/22/2005) |
| 04/25/2005 | ❸87 | NOTICE of unavailability of Percy Martinez during time period 5/4/05 through 6/8/05 as to by Ivan Velez (Flaherty, Elaine) (Entered: 04/27/2005) |
| 05/11/2005 | ❸88 | Assented to MOTION to Amend *Conditions of Release* as to Julio Daniel Grande. (Conrad, Miriam) (Entered: 05/11/2005) |
| 05/12/2005 | ❸ | Judge Marianne B. Bowler: Electronic ORDER entered granting 88 Motion to Amend Conditions of Release as to Julio Daniel Grande(4). (Bowler, Marianne) (Entered: 05/12/2005) |
| 05/12/2005 | ❸ | Judge Richard G. Stearns : Electronic ORDER entered granting 86 Motion to Continue as to Ivan Velez (3). "trial is re-scheduled to November 7, 2005 at 9:00 a.m. Time is excluded from 6-6-05 to 11-7-05 in the interests of justice." (Johnson, Mary) Modified on 5/16/2005 (Johnson, Mary). (Entered: 05/16/2005) |



| 05/16/2005 | 889 | NOTICE of Withdrawal of Appearance in case as to Julio Daniel Grande. Attorney Miriam Conrad terminated. (Conrad, Miriam) (Entered: 05/16/2005) |
|---|---|---|
| 05/16/2005 | 890 | NOTICE OF ATTORNEY APPEARANCE: Page Kelley appearing for Julio Daniel Grande (Kelley, Page) (Entered: 05/16/2005) |
| 05/18/2005 | ◉ | Judge update in the case of Oscar Patino, Claudia Navarro and Ivan Velez; Judge Marianne B. Bowler no longer assigned to the case. (Saccoccio, Dianalynn) (Entered: 05/18/2005) |
| 05/25/2005 | ◉ | Electronic clerk's notes for proceedings held before Magistrate Judge Marianne B. Bowler: Further status conference for Julio Daniel Grande held on 5/25/2005;Cynthia Lie for the govt. and Page Kelley for the deft.; Counsel for the deft. requests additional time to review discovery as she has recently been assigned to the case; The govt. is amenable and a final status conference is set for 7/22/2005 at 10:00 AM; Parties agree to exclude the time from today to 7/22/2005 and the govt. will file an assented to motion to exclude the time. (Tape #Digital.) (Saccoccio, Dianalynn) (Entered: 05/25/2005) |
| 05/26/2005 | 991 | MOTION to Exclude *Time Under Speedy Trial Act* as to Julio Daniel Grande. (Kelley, Page) (Entered: 05/26/2005) |
| 05/27/2005 | ◉ | Judge Marianne B. Bowler: Electronic ORDER entered granting 91 Motion to Exclude as to Julio Daniel Grande(4). (Bowler, Marianne) (Entered: 05/27/2005) |
| 05/31/2005 | 992 | Judge Richard G. Stearns : Electronic ORDER entered. PRETRIAL ORDER as to Ivan Velez, Julio Daniel Grande. Jury Selection set for 11/7/2005 09:00 AM in Courtroom 21 before Judge Richard G. Stearns. Jury Trial set for 11/7/2005 09:00 AM in Courtroom 21 before Judge Richard G. Stearns. Voir Dire set for 11/7/2005 09:00 AM in Courtroom 21 before Judge Richard G. Stearns. (Johnson, Mary) (Entered: 05/31/2005) |
| 05/31/2005 | 993 | Assented to MOTION to Continue *Sentencing* as to Oscar Patino, Claudia Navarroby USA. (Lie, Cynthia) (Entered: 05/31/2005) |
| 06/01/2005 | ◉ | Judge Richard G. Stearns : Electronic ORDER entered granting 81 Motion to Continue as to Oscar Patino (1); granting 93 Motion to Continue as to Oscar Patino (1), Claudia |

| | | |
|---|---|---|
| | | Navarro (2). (Johnson, Mary) (Entered: 06/01/2005) |
| 07/19/2005 | 94 | Assented to MOTION to Transfer Case as to Julio Daniel Grande. (Kelley, Page) (Entered: 07/19/2005) |
| 07/19/2005 | ⊙ | Judge Marianne B. Bowler: Electronic ORDER entered granting 94 Motion to Transfer Case as to Julio Daniel Grande (4). (Bowler, Marianne) (Entered: 07/19/2005) |
| 07/19/2005 | 95 | Magistrate Judge Marianne B. Bowler: ORDER entered; REPORT AND ORDER on Final Status Conference for Julio Daniel Grande (Saccoccio, Dianalynn) (Entered: 07/19/2005) |
| 07/19/2005 | ⊙ | Judge update in the case of Julio Daniel Grande; Magistrate Judge Marianne B. Bowler no longer assigned to the case. (Saccoccio, Dianalynn) (Entered: 07/19/2005) |
| 08/12/2005 | 96 | NOTICE OF ATTORNEY APPEARANCE: Oscar Cruz, Jr appearing for Julio Daniel Grande (Cruz, Oscar) (Entered: 08/12/2005) |
| 09/28/2005 | 97 | MOTION to Modify Conditions of Release as to Julio Daniel Grande. (Kelley, Page) (Entered: 09/28/2005) |
| 10/05/2005 | ⊙ | Judge Richard G. Stearns : ElectronicORDER entered granting 97 Motion to Modify Conditions of Release as to Julio Daniel Grande (4). (Johnson, Mary) (Entered: 10/06/2005) |
| 10/11/2005 | 98 | MOTION to Seal filedby USA. (Johnson, Mary) (Entered: 10/11/2005) |
| 10/12/2005 | 103 | Opposition by USA as to Ivan Velez re 100 MOTION to Continue. (Johnson, Mary) (Entered: 10/25/2005) |
| 10/13/2005 | 99 | MOTION to Modify Conditions of Release as to Julio Daniel Grande. (Kelley, Page) (Entered: 10/13/2005) |
| 10/13/2005 | ⊙ | ElectronicClerk's Notes for proceedings held before Judge Richard G. Stearns : Change of Plea Hearing as to Julio Daniel Grande held on 10/13/2005. AUSA Lie present for the Govt. Atty. Kelly present for the deft. Spanish interpreter Gabriel Hadad present and sworn. After hearing, deft. pleads guilty to Counts 1 and 2 of the Second Superseding Indictment(with plea agreement). Sentencing is scheduled for January 31, 2006 at 2:30 P.M. Same bail is contd., but Atty. Kelly requests removal of the electronic bracelet with the consent of PTS. Court advises Atty. Kelly to place her request in writing and Court is inclined to allow the motion. (Court Reporter Debra |

| | | |
|---|---|---|
| | | Joyce.) (Johnson, Mary) Modified on 10/17/2005 (Johnson, Mary). (Entered: 10/17/2005) |
| 10/13/2005 | 101 | PLEA AGREEMENT as to Julio Daniel Grande, filed in open Court. (Johnson, Mary) (Entered: 10/17/2005) |
| 10/13/2005 | | ElectronicClerk's Notes for proceedings held before Judge Richard G. Stearns :Plea entered by Julio Daniel Grande (4) Guilty Count 1,2 of SecondSuperseding Indictment. (Court Reporter Debra Joyce.) (Johnson, Mary) (Entered: 10/17/2005) |
| 10/14/2005 | 100 | MOTION to Continue Trial Date of November 7, 2005, filed as to Ivan Velez.. (Johnson, Mary) (Entered: 10/17/2005) |
| 10/17/2005 | | Judge Richard G. Stearns : ElectronicORDER entered granting 99 Motion to Modify Conditions of Release as to Julio Daniel Grande (4). (Johnson, Mary) (Entered: 10/17/2005) |
| 10/17/2005 | | Notice of correction to docket made by Court staff. Correction: motion to continue corrected because: wrong motion linked to entry on docket as to Ivan Velez. (Johnson, Mary) (Entered: 10/17/2005) |
| 10/17/2005 | 102 | Judge Richard G. Stearns : ElectronicORDER entered. PROCEDURAL ORDER re sentencing hearing as to Julio Daniel Grande : Sentencing Hearing set for 1/31/2006 02:30 PM in Courtroom 21 before Judge Richard G. Stearns. (Johnson, Mary) (Entered: 10/17/2005) |
| 10/18/2005 | | Judge Richard G. Stearns : Electronic ORDER entered granting [98] Motion to Seal as to Ivan Velez (3); granting in part and denying in part 100 Motion to Continue as to Ivan Velez (3)."Trial is re-scheduled to MONDAY, JANUARY 23, 2006 AT 9:00 A.M." By the Court, Mary H. Johnson,Deputy Clerk to Stearns, DJ. (Johnson, Mary) Modified on 10/18/2005 (Johnson, Mary). (Entered: 10/18/2005) |
| 10/18/2005 | | AMENDED NOTICE OF RESCHEDULING as to Ivan Velez: "Due to a conflict,the trial is being re-scheduled from January 23, 2006 to January 30, 2006 at 9:00 A.M. The Court apologizes for the conflict. SO ORDERED." Stearns, DJ. (Johnson, Mary) Modified on 10/18/2005 (Johnson, Mary). (Entered: 10/18/2005) |
| 11/10/2005 | 104 | Letter (non-motion) to AUSA Kaplan from Chief of Police, Coral Gables, Florida regarding Mr. Wald as to Ivan Velez (Flaherty, Elaine) (Entered: 11/10/2005) |

| 11/17/2005 | 105 | Assented to MOTION to Modify Conditions of Release as to Julio Daniel Grande. (Kelley, Page) (Entered: 11/17/2005) |
| 11/18/2005 | 106 | Amendment to MOTION to Modify Conditions of Release as to Julio Daniel Grande. (Kelley, Page) Modified on 11/22/2005 (Flaherty, Elaine). (Entered: 11/18/2005) |
| 11/18/2005 | ❍ | Judge Richard G. Stearns : Electronic ORDER entered granting 105 Motion to Modify Conditions of Release as to Julio Daniel Grande (4); granting 106 Motion to Modify Conditions of Release as to Julio Daniel Grande (4). (Johnson, Mary) (Entered: 11/21/2005) |
| 11/21/2005 | 107 | MOTION to Correct 106 Assented to MOTION to Modify Conditions of Release filed by Julio Daniel Grande, as to Julio Daniel Grande. (Kelley, Page) (Entered: 11/21/2005) |
| 11/22/2005 | ❍ | Judge Richard G. Stearns : Electronic ORDER entered granting 107 Motion to Correct as to Julio Daniel Grande (4) andgranting motion to modify conditions of release. (Johnson, Mary) (Entered: 11/23/2005) |
| 12/13/2005 | 108 | Assented to MOTION to Modify Conditions of Release as to Julio Daniel Grande. (Kelley, Page) (Entered: 12/13/2005) |
| 12/14/2005 | ❍ | Judge Richard G. Stearns : Electronic ORDER entered granting 108 Motion to Modify Conditions of Release as to Julio Daniel Grande (4). (Johnson, Mary) (Entered: 12/14/2005) |
| 01/17/2006 | 109 | SENTENCING MEMORANDUM by Julio Daniel Grande (Attachments: # 1)(Kelley, Page) (Entered: 01/17/2006) |
| 01/18/2006 | 110 | Letter (non-motion) regarding Supplemental Attachment to Sentencing Memorandum as to Julio Daniel Grande (Attachments: # 1)(Kelley, Page) (Entered: 01/18/2006) |
| 01/23/2006 | 111 | MOTION in Limine *Concerning Sequestration of Witnesses* as to Ivan Velezby USA. (Lie, Cynthia) (Entered: 01/23/2006) |
| 01/23/2006 | 112 | MOTION Government's Motion Pursuant To United States V. Rengifo Regarding English-Language Translations of Tape-Recorded Spanish Consensually Recorded Conversations as to Ivan Velezby USA. (Lie, Cynthia) (Entered: 01/23/2006) |
| 01/23/2006 | 113 | MOTION for Authorization of Services or Funds as to Julio Daniel Grande. (Kelley, Page) (Entered: 01/23/2006) |

| 01/23/2006 | 114 | Proposed Jury Instructions by USA as to Ivan Velez (Lie, Cynthia) (Entered: 01/23/2006) |
| 01/23/2006 | 115 | EXHIBIT/WITNESS LIST by USA as to Ivan Velez (Lie, Cynthia) (Entered: 01/23/2006) |
| 01/23/2006 | 116 | EXHIBIT/WITNESS LIST by USA as to Ivan Velez (Lie, Cynthia) (Entered: 01/23/2006) |
| 01/25/2006 | 117 | Proposed Jury Questions by USA as to Ivan Velez *For The Jury Venire* (Lie, Cynthia) (Entered: 01/25/2006) |
| 01/26/2006 | 🕮 | Judge Richard G. Stearns : Electronic ORDER entered granting 113 Motion for Authorization of Services or Funds as to Julio Daniel Grande (4). (Johnson, Mary) (Entered: 01/26/2006) |
| 01/26/2006 | 118 | Judge Richard G. Stearns : ORDER entered as to Julio Daniel Grande (for authorization for funds totravel to Boston, and lodging). (Johnson, Mary) Modified on 2/21/2006 (Johnson, Mary). (Entered: 01/26/2006) |
| 01/26/2006 | 🕮 | Judge Richard G. Stearns : Electronic ORDER entered granting 111 Motion in Limine as to Ivan Velez (3); granting 112 Motion as to Ivan Velez (3). (Johnson, Mary) (Entered: 01/26/2006) |
| 01/28/2006 | 119 | MOTION in Limine as to Ivan Velezby USA. (Lie, Cynthia) (Entered: 01/28/2006) |
| 01/30/2006 | 120 | EXHIBIT/WITNESS LIST by USA as to Ivan Velez (Lie, Cynthia) (Entered: 01/30/2006) |
| 01/30/2006 | 121 | NOTICE OF ATTORNEY APPEARANCE Suzanne M. Sullivan appearing for USA. (Sullivan, Suzanne) (Entered: 01/30/2006) |
| 01/30/2006 | 🕮 | Electronic Clerk's Notes for proceedings held before Judge Marianne B. Bowler (for Stearns, DJ): Case called for Jury Trial (empanelment only) as to Ivan Velez on 1/30/2006. AUSA Lie and AUSA Sullivan present for the Govt. Atty. Martinez present with the deft. Spanish interpreter Gabriel Hadad present and sworn. Defendant Ivan Velez advises the Court that he intends to enter a plea of guilty to Count 1 of the Second Superseding Indictment. Plea hearing will be scheduled for Tuesday, January 31, 2006 before Stearns, DJ. Defendant remains free on bail. Adjourn 10:15 a.m. (Court |

| | | |
|---|---|---|
| | | Reporter James Gibbons.) (Johnson, Mary) Modified on 1/30/2006 (Johnson, Mary). (Entered: 01/30/2006) |
| 01/30/2006 | 122 | TRANSCRIPT of Plea Hearing as to Claudia Navarro held on May 29, 2004 before Judge Stearns. Court Reporter: James P. Gibbons. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/428-0402 or the Clerk's Office. (Scalfani, Deborah) (Entered: 01/30/2006) |
| 01/30/2006 | ❖ | Clerk's Notes for proceedings held before Magistrate Judge Marianne B. Bowler :Status Conference re jury empanelment as to Ivan Velez held on 1/30/2006 (Entered this date for statistical reporting purposes) (Hurley, Virginia) (Entered: 02/01/2006) |
| 01/31/2006 | ❖ | Electronic Clerk's Notes for proceedings held before Judge Richard G. Stearns : Change of Plea Hearing as to Ivan Velez held on 1/31/2006. AUSA Lie and AUSA Sullivan present for the Govt. Atty. Percy Martinez present with the deft. Spanish interpreter Gabriel Hadad present and sworn. Deft. sworn. After hearing, defendant pleads guilty to Count 1 of the Second Superseding Indictment and guilty plea is accepted by the Court. Sentencing is scheduled for May 10, 2006 at 2:30 P.M. Defendant remains free on bail. Adjourn 11:30 A.M. (Court Reporter James Gibbons.) (Johnson, Mary) Modified on 1/31/2006 (Johnson, Mary). (Entered: 01/31/2006) |
| 01/31/2006 | 123 | PLEA AGREEMENT as to Ivan Velez, filed in open Court. (Johnson, Mary) (Entered: 01/31/2006) |
| 01/31/2006 | ❖ | ElectronicClerk's Notes for proceedings held before Judge Richard G. Stearns :Plea entered by Ivan Velez (3) Guilty Count 1s. (Court Reporter James Gibbons.) (Johnson, Mary) (Entered: 01/31/2006) |
| 01/31/2006 | 124 | Judge Richard G. Stearns : Electronic ORDER entered. PROCEDURAL ORDER re sentencing hearing as to Ivan Velez : Sentencing set for 5/10/2006 02:30 PM in Courtroom 21 before Judge Richard G. Stearns. (Johnson, Mary) (Entered: 01/31/2006) |
| 01/31/2006 | ❖ | Electronic Clerk's Notes for proceedings held before Judge Richard G. Stearns : Sentencing held on 1/31/2006 for Julio Daniel Grande (4). AUSA Lie and AUSA Sullivan present for the Govt. Atty. Page Kelley present with the defendant. USPO |

| | | |
|---|---|---|
| | | Iris Golus present for the Probation Dept. Spanish interpreter Gabriel Hadad present and sworn. Count(s) 1ss: 40 months to be served. Supervised Release for 2 years, with Special Conditions. Special Assessment of $100.00; Count(s) 2ss: 40 months to be served, concurrent with Count 1ss. Supervised Release for 2 years, concurrent with Count 1ss. Special Assessment of $100.00. (Court Reporter James Gibbons.) (Johnson, Mary) Modified on 2/2/2006 (Johnson, Mary). (Entered: 02/02/2006) |
| 02/02/2006 | ❑ | ElectronicNOTICE OF HEARING as to Oscar Patino: Sentencing set for 2/22/2006 10:00 AM in Courtroom 21 before Judge Richard G. Stearns. (Johnson, Mary) Modified on 2/6/2006 (Johnson, Mary). (Entered: 02/02/2006) |
| 02/03/2006 | ❑ | Electronic NOTICE OF HEARING as to Claudia Navarro: Sentencing set for 4/26/2006 02:30 PM in Courtroom 21 before Judge Richard G. Stearns. (Johnson, Mary) Modified on 2/6/2006 (Johnson, Mary). (Entered: 02/03/2006) |
| 02/13/2006 | 125 | Judge Richard G. Stearns : ORDER entered. JUDGMENT as to Julio Daniel Grande (4), Count(s) 1ss, 40 months to be served. Supervised Release for 2 years, with Special Conditions. Special Assessment of $100.00.; Count(s) 2ss, 40 months to be served, concurrent with Count 1ss. Supervised Release for 2 years, concurrent with Count 1ss. Special Assessment of $100.00. (Johnson, Mary) (Entered: 02/15/2006) |
| 02/20/2006 | 126 | MEMORANDUM in Support by Oscar Patino re 93 Assented to MOTION to Continue *Sentencing (Sentencing Memorandum)* (Liston, Michael) (Entered: 02/20/2006) |
| 03/03/2006 | 128 | MOTION for Order *for Release of Bond* as to Julio Daniel Grande. (Kelley, Page) (Entered: 03/03/2006) |
| 03/03/2006 | ❑ | Notice of correction to docket made by Court staff. Correction: docket #127 corrected because: the attorney filed it incorrectly - it was not the correct case or defendant. It has been re-docketed and now given #128. as to Julio Daniel Grande. Therefore, docket #127 does not exist (it has been deleted from the docket and correctly docketed as #128). (Johnson, Mary) Modified on 3/3/2006 (Johnson, Mary). (Entered: 03/03/2006) |
| 03/06/2006 | ❑ | Electronic NOTICE OF HEARING as to Claudia Navarro: Sentencing set for 3/23/2006 03:00 PM in Courtroom 21 |

| | | |
|---|---|---|
| | | before Judge Richard G. Stearns. (Johnson, Mary) Modified on 3/6/2006 (Johnson, Mary). (Entered: 03/06/2006) |
| 03/06/2006 | ❸ | Electronic NOTICE OF HEARING as to Oscar Patino Sentencing set for 3/22/2006 10:30 AM in Courtroom 21 before Judge Richard G. Stearns. (Johnson, Mary) Modified on 3/6/2006 (Johnson, Mary). (Entered: 03/06/2006) |
| 03/06/2006 | ❸ | Electronic NOTICE OF HEARING as to Claudia Navarro: "due to a conflict, Sentencing is re-scheduled to 4/4/2006 10:00 AM in Courtroom 21 before Judge Richard G. Stearns. "(Johnson, Mary) Modified on 3/6/2006 (Johnson, Mary). (Entered: 03/06/2006) |
| 03/09/2006 | 131 | NOTICE OF APPEAL by USA as to Julio Daniel Grande re 125 Judgment, NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 3/29/2006. (Flaherty, Elaine) (Entered: 03/16/2006) |
| 03/10/2006 | 129 | NOTICE OF APPEAL by USA as to Julio Daniel Grande Filing fee $ 255. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 3/30/2006. (Lie, Cynthia) (Entered: 03/10/2006) |
| 03/10/2006 | 130 | MOTION for Immediate Deportation as to Julio Daniel Grande, filed by deft. Grande.. (Johnson, Mary) (Entered: 03/10/2006) |
| 03/16/2006 | 133 | MOTION for Downward Departure as to Oscar Patino FILED UNDER SEAL by USA. (Johnson, Mary) (Entered: 03/22/2006) |
| 03/20/2006 | ❸ | Judge Richard G. Stearns : Electronic ORDER entered granting 128 Motion for Order fpr Release of Bond as to Julio Daniel Grande (4). (Johnson, Mary) (Entered: 03/21/2006) |
| 03/20/2006 | 132 | Judge Richard G. Stearns : ORDER FOR RETURN OF BOND entered as to Julio Daniel Grande. (Johnson, Mary) |

| | | |
|---|---|---|
| | | (Entered: 03/21/2006) |
| 03/22/2006 | ❏ | Judge Richard G. Stearns : Electronic ORDER entered granting 133 Motion for Departure as to Oscar Patino (1); finding as moot [] Motion for Detention Bond set for Oscar Patino (1) The defendant promises to appear at all proceedings as to Oscar Patino (1). (Johnson, Mary) (Entered: 03/22/2006) |
| 03/22/2006 | ❏ | Electronic Clerk's Notes for proceedings held before Judge Richard G. Stearns : Sentencing held on 3/22/2006 for Oscar Patino (1). AUSA Sullivan and AUSA MacKinlay present for the Govt. Atty. Liston present with the deft. USPO Sean Buckley present for the Probation Dept. The Court adopts the PSR and allows the Govt's motion. Deft. sentenced as follows: Count(s) 1, One year and One day to be served. Supervised Release for 2 years with Special Conditions. Total Special Assessment of $700.00; Count(s) 2-6, One year and One day to be served, concurrent with Count 1. Supervised Release for 2 years, concurrent with Count 1; Count(s) 7, One year and One day to be served, concurrent with Count 1 and Counts 2-6. Supervised Release for 2 years, concurrent with Count 1 and Counts 2-6. Defendant notified of his right to appeal. Defendant allowed to self-surrender to designated institution on APRIL 26, 2006 by 12:00 noon. Defendant free on bail until self-surrender date. Adjourn 11:15 a.m. (Court Reporter James Gibbons.) (Johnson, Mary) Modified on 3/22/2006 (Johnson, Mary). (Entered: 03/22/2006) |
| 03/23/2006 | 134 | Opposition by USA as to Julio Daniel Grande re 130 MOTION immediate deportation (Lie, Cynthia) (Entered: 03/23/2006) |
| 03/28/2006 | ❏ | Electronic NOTICE OF RESCHEDULING as to Claudia Navarro: "due to a conflict, sentencing for Ms. Navarro, presently scheduled for April 4, 2006 is being moved to: THURSDAY, APRIL 6, 2006 AT 10:30 A.M. before Stearns, DJ." M. Johnson, Deputy Clerk. (Johnson, Mary) Modified on 3/28/2006 (Johnson, Mary). Modified on 3/28/2006 (Johnson, Mary). (Entered: 03/28/2006) |