03-10331
USDC-MA
J. Stearns

# United States Court of Appeals
## For the First Circuit

No. 06-1548

MANDATE

UNITED STATES

Appellant

v.

JULIO DANIEL GRANDE

Defendant - Appellee

2006 APR 20 P 4: 42 FILED IN CLERK'S OFFICE US COURT OF APPEALS FOR THE FIRST CIRCUIT

---

**JUDGMENT**

Entered: April 20, 2006
Pursuant to 1st Cir. R. 27(d)

Upon consideration of appellant's unopposed motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b).

**Mandate to issue forthwith.**

By the Court:
Richard Cushing Donovan, Clerk

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

Richard Cushing Donovan, Clerk

Deputy Clerk
Date: 4/20/06

By:  **MARGARET CARTER**
Margaret Carter, Chief Deputy Clerk

[cc: Cynthia W. Lie, AUSA, Suzanne Maureen Sullivan, Esq., Oscar Cruz, Esq., Page Kelley, AFPD, Julio D. Grande, defendant]