# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

       V.                              CRIMINAL NO. 03-10331-RGS

JULIO GRANDE

## APPOINTMENT OF FEDERAL DEFENDER

**STEARNS, DJ.**                                                              **APRIL 16, 2008**

THIS COURT HEREBY FINDS THE ABOVE-NAMED DEFENDANT TO BE INDIGENT AND THEREFORE APPOINTS THE OFFICE OF THE FEDERAL DEFENDER, 408 ATLANTIC AVE., BOSTON, MA, TO REPRESENT THE DEFENDANT IN ALL PROCEEDINGS RELATING TO A MOTION FOR REDUCTION IN TERM OF IMPRISONMENT, AS A RESULT OF AMENDED GUIDELINE RANGE (POLICY STATEMENT) U.S.S.G. SECTION 1B1.10, AS AMENDED, EFFECTIVE MARCH 3, 2008.

SO ORDERED.

                                                   RICHARD G. STEARNS
                                                   UNITED STATES DISTRICT JUDGE

        **BY:**

                          /s/ Mary H. Johnson
                        _____
                            **Deputy Clerk**